IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES<br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>　　　　　Defendant. | Case No. 16-cv-2113 (JDB)<br>Hon. John D. Bates |

**RESPONSE TO ORDER OF THE COURT**

　　　　AARP submits the attached documents in response to the Court's December 7, 2016 Order [ECF No. 20] directing AARP to file additional information about its associational standing and any other information relevant to the government's standing argument. The documents include:

　　　　1. The Declaration of Martha Boudreau, Executive Vice President and Chief Communications and Marketing Officer at AARP, describing the "ways in which members contribute their time to AARP programs, their ideas and opinion to AARP policies and advocacy, and their funds to AARP resources" and "the precise definition of membership in good standing of AARP," as described in AARP's Reply [ECF No. 17]. This document is also relevant to the government's argument in its Opposition [ECF No. 14] at 10-12 that AARP members are not true "members" for standing purposes and addresses members' "indicia of membership" (Attachment A);

      2. AARP's Tax Form 990 for 2014 (Attachment B) and 2015 (Attachment C), which provides further details regarding members' activities, role in the organization, and contributions to AARP's financial resources. This further addresses the government's argument regarding "indicia of membership." Opposition [ECF No. 14] at 10-12;

      3. AARP's Bylaws, which the Court's Order identified specifically, and which also give the "precise definition of membership" in AARP, as well as describing in detail how members select AARP leadership and guide the organization's activities (Attachment D); and

      4. The Declaration of Leah Asis, which AARP has moved to file under seal, confirming that AARP has verified independently that the individual declarants are members in good standing, as defined in the above documents.

Dated December 12, 2016
                                      Respectfully submitted,
                                                          <u>s/Dara S. Smith</u>
                                                          Dara S. Smith
                                                          Daniel B. Kohrman
                                                          AARP Foundation Litigation
                                                          601 E St., NW
                                                          Washington, DC 20049
                                                          dsmith@aarp.org
                                                          202-434-6280

                                                          *Counsel for AARP*