# ATTACHMENT A

## DECLARATION OF MARTHA M. BOUDREAU

I, Martha M. Boudreau, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am Executive Vice President and Chief Communications and Marketing Officer at AARP. I am responsible for all aspects of AARP's membership, and I manage a team of over 500 employees working on membership services, membership publications, and membership acquisition and renewal, including communications to and from our members, member relations, and seeking input from our members to help guide the operations and activities of AARP.

2.     AARP has 38,310,695 members as of November 30, 2016.

3.     As stated in the attached AARP bylaws, "Regular Membership" in AARP is available to "[a]ny person of the age of fifty (50) years or older." When an individual applies and pays dues for membership, their spouse or partner's membership, if desired, is also included, and both are members in good standing. The spouse, if over the age of 50, is then a Regular Member with all the benefits and privileges thereof.

4.     As stated in AARP's attached 2014 Form 990 at page 2, AARP "members are an essential part of AARP's ability to achieve its mission. Speaking on behalf of its tens of millions of members gives AARP significant power and reach in advocating for social change in our national, federal, and state legislatures; and members also provide grassroots activism, volunteer work, and input into the problems faced by Americans as they age, which helps shape AARP's social change agenda."

5.     The AARP Board of Directors is composed of volunteers who must be regular members of AARP. As explained in full in the AARP bylaws, the Board is vested with authority over "the direction of the affairs and resources of AARP." The Board also appoints Board members.

6.     AARP's National Policy Council is composed of 25 AARP member volunteers. AARP's Board of Directors selects National Policy Council members based on recommendations made by a committee composed of current National Policy Council members and AARP Board members. The National Policy Council makes policy recommendations to AARP's Board of Directors to support AARP's financial resilience, health security and personal fulfillment priorities. National Policy Council members serve on one of three policy committees: Consumer and Livable Communities; Health and Long-Term Services and Supports; and Economic, Employment and Low-Income Issues. The National Policy Council's task is to recommend policy that integrates member ideas and opinions, which are submitted

during an annual policy solicitation and in response to the National Policy Council-commissioned annual survey of members on key issues.

7.  AARP regularly conducts a Member Opinion Survey, which informs AARP about the opinions, perceptions, and experiences of its members. The most recent survey was conducted in 2016. Through the survey, thousands of AARP members share with AARP information regarding their top interests and concerns, the challenges they face, their life experiences, their reasons for renewing membership, and a wide variety of other subjects. In 2016, approximately 23,000 members responded with their experiences, perspectives, interests, and opinions. AARP staff typically utilize the survey results to inform organizational strategy and guide membership marketing efforts with key segment/modeling data on the needs and wants of AARP members.

8.  AARP's advocacy efforts in federal and state legislatures are driven significantly by extensive and regular communication with its members, who contribute their views, ideas, and suggestions on a wide variety of issues. AARP's advocacy staff shapes its positions and efforts to address and reflect these contributions.

9.  AARP membership dues accounted for approximately 300 million dollars in 2015, which was approximately 19 percent of AARP's total revenue, as reflected in AARP's attached 2015 Form 990 at page 9.


I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2016.

*Martha M. Boudreau*

**Martha M. Boudreau**