ATTACHMENT B

Extension granted until August 17, 2015

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2014** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Information about Form 990 and its instructions is at *www.irs.gov/form990*. | | Open to Public Inspection |

**A** For the 2014 calendar year, or tax year beginning _____ and ending _____

| B Check if applicable: | C Name of organization | | D Employer identification number |
|---|---|---|---|
| ☐ Address change | AARP | | |
| ☐ Name change | Doing business as | | 95-1985500 |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | E Telephone number |
| ☐ Final return/ terminated | 601 E Street, NW  c/o Tax Dept. | | 202-434-7578 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | | G Gross receipts $ 31659822817. |
| ☐ Applica- tion pending | Washington, DC  20049 | | |
| | F Name and address of principal officer: Scott M. Frisch | | H(a) Is this a group return for subordinates? ☐ Yes ☒ No |
| | 601 E Street, NW, Washington, DC  20049 | | H(b) Are all subordinates included? ☐ Yes ☐ No |
| | | | If "No," attach a list. (see instructions) |

**I** Tax-exempt status: ☐ 501(c)(3)  ☒ 501(c) ( 4 ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ www.aarp.org

H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶ | **L** Year of formation: 1958 | **M** State of legal domicile: DC

## Part I  Summary

| | | | | |
|---|---|---|---|---|
| Activities & Governance | 1 | Briefly describe the organization's mission or most significant activities: AARP is a nonprofit, nonpartisan organization dedicated to enhancing the quality of life for... | | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 21 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 21 |
| | 5 | Total number of individuals employed in calendar year 2014 (Part V, line 2a) | 5 | 2060 |
| | 6 | Total number of volunteers (estimate if necessary) | 6 | 19123 |
| | 7 a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 169,544,461. |
| | b | Net unrelated business taxable income from Form 990-T, line 34 | 7b | 7,703,547. |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 326,250,949. | 323,609,282. |
| | 9 | Program service revenue (Part VIII, line 2g) | 176,221,804. | 181,569,151. |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 63,604,852. | 91,939,157. |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 766,617,402. | 801,880,178. |
| | 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1332695007. | 1399004768. |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 25,409,160. | 22,779,565. |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 334,790,918. | 342,903,101. |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 210,000. | 682,212. |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 6,275,688. | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 859,188,160. | 948,134,238. |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1219598238. | 1314499116. |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 113,096,769. | 84,505,652. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) | 2213302611. | 2330580646. |
| | 21 | Total liabilities (Part X, line 26) | 1070554203. | 1288943708. |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 1142748408. | 1041636938. |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | | Date 6-23-15 |
|---|---|---|---|
| | Scott M. Frisch, EVP & COO | | |
| | Type or print name and title | | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☐ Yes ☐ No

432001 11-07-14  LHA  **For Paperwork Reduction Act Notice, see the separate instructions.** Form **990** (2014)

See Schedule O for Organization Mission Statement Continuation

Form **8868**
(Rev. January 2014)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.
▶ Information about Form 8868 and its instructions is at *www.irs.gov/form8868* ·

OMB No. 1545-1709

- If you are filing for an Automatic 3-Month Extension, complete only Part I and check this box ............................... ▶ ☒
- If you are filing for an Additional (Not Automatic) 3-Month Extension, complete only Part II (on page 2 of this form).

*Do not complete Part II unless* you have already been granted an automatic 3-month extension on a previously filed Form 8868.

**Electronic filing** *(e-file)* . You can electronically file Form 8868 if you need a 3-month automatic extension of time to file (6 months for a corporation required to file Form 990-T), or an additional (not automatic) 3-month extension of time. You can electronically file Form 8868 to request an extension of time to file any of the forms listed in Part I or Part II with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, which must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/efile* and click on e-file for Charities & Nonprofits.

| Part I | Automatic 3-Month Extension of Time. Only submit original (no copies needed). |
|---|---|

A corporation required to file Form 990-T and requesting an automatic 6-month extension - check this box and complete
Part I only .............................................................................................................................. ▶ ☐

*All other corporations (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.*

| Type or print | Name of exempt organization or other filer, see instructions. | Enter filer's identifying number |
|---|---|---|
| | AARP | Employer identification number (EIN) or<br>95-1985500 |
| File by the due date for filing your return. See Instructions. | Number, street, and room or suite no. If a P.O. box, see instructions.<br>601 E Street, NW   c/o Tax Dept. | Social security number (SSN) |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>Washington, DC  20049 | |

Enter the Return code for the return that this application is for (file a separate application for each return) ......................... | 0 | 1 |

| Application<br>Is For | Return<br>Code | Application<br>Is For | Return<br>Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 990-T (corporation) | 07 |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

- The books are in the care of ▶ Scott M. Frisch
  601 E Street, NW - Washington, DC 20049
  Telephone No.▶ 202-434-7578                    Fax No. ▶
- If the organization does not have an office or place of business in the United States, check this box .................... ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

1  I request an automatic 3-month (6 months for a corporation required to file Form 990-T) extension of time until
   August 17, 2015  , to file the exempt organization return for the organization named above. The extension
   is for the organization's return for:
   ▶ ☒ calendar year 2014 or
   ▶ ☐ tax year beginning _____ , and ending _____

2  If the tax year entered in line 1 is for less than 12 months, check reason: ☐ Initial return  ☐ Final return
   ☐ Change in accounting period

| 3a | If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any<br>nonrefundable credits. See instructions. | 3a | $ | 0. |
|---|---|---|---|---|
| b | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and<br>estimated tax payments made. Include any prior year overpayment allowed as a credit. | 3b | $ | 0. |
| c | **Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required,<br>by using EFTPS (Electronic Federal Tax Payment System). See instructions. | 3c | $ | 0. |

**Caution.** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

LHA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.

423841
05-01-14

Form **8868** (Rev. 1-2014)

Form 990 (2014)          AARP                                              95-1985500          Page **2**

| Part III | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III ........................................ ☒

1 Briefly describe the organization's mission:

AARP is a nonprofit, nonpartisan organization dedicated to enhancing
the quality of life for all as we age. AARP champions positive social
change and delivers value through advocacy, information, and service.
AARP's vision is a society in which everyone lives with dignity and

2 Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ? .................................................................................................... ☐ Yes ☒ No
If "Yes," describe these new services on Schedule O.

3 Did the organization cease conducting, or make significant changes in how it conducts, any program services? ............. ☐ Yes ☒ No
If "Yes," describe these changes on Schedule O.

4 Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

4a (Code: _____ ) (Expenses $ 344,767,702. Including grants of $ 5,000. ) (Revenue $ 823,211. )
Membership Service helps ensure AARP is providing useful information,
programs, and services to members and people 50+ through events,
exhibits, AARP's award-winning website, member call center, and other
interactive member touch points. Membership Service summarizes AARP's
position on activities related to the organization's strategic
priorities, as well as the activities that support its strategic plan.

4b (Code: _____ ) (Expenses $ 209,017,585. Including grants of $ 300. ) (Revenue $ 368,933. )
AARP publishes "AARP The Magazine," every other month (bimonthly) to be
sure that we are providing highly useful information and outreach.
"AARP The Magazine" includes the key areas of health, personal finance,
work/life transitions, and personal enrichment. AARP also publishes 10
issues of "AARP Bulletin," a monthly publication (January/February and
July/August are combined) that reports on such issues as Social
Security, Medicare, and those related to work, retirement, pensions,
benefits, health, and quality of life. "AARP The Magazine" and "AARP
Bulletin" are provided to all AARP member households. Both publications
are available electronically to the public on AARP's website
www.aarp.org.

4c (Code: _____ ) (Expenses $ 164,921,639. Including grants of $ 0. ) (Revenue $ 0. )
The Membership Development work is based on the recognition that
members are an essential part of AARP's ability to achieve its mission.
Speaking on behalf of its tens of millions of members gives AARP
significant power and reach in advocating for social change in our
national, federal, and state legislatures; and members also provide
grassroots activism, volunteer work, and input into the problems faced
by Americans as they age, which helps shape AARP's social change
agenda. Membership Development is dedicated to ensuring that the member
experience is valuable and a relevant portfolio of member services and
benefits is available. Membership Development researches the wants and
needs of specific segments within the population of age 50+, including,
for example, multicultural segments, boomers, retired educators, and

4d Other program services (Describe in Schedule O.)
(Expenses $ 353,490,437. Including grants of $ 22,774,264. ) (Revenue $ 10,839,546. )

4e Total program service expenses ▶ 1,072,197,363.

432002
11-07-14                                                                                        Form **990** (2014)

See Schedule O for Continuation(s)

2

Form 990 (2014)        AARP                                          95-1985500        Page **3**

**Part IV** | **Checklist of Required Schedules**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A | **1** | | X |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | **3** | X | |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? If "Yes," complete Schedule C, Part III | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? If "Yes," complete Schedule D, Part II | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? If "Yes," complete Schedule D, Part V | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? If "Yes," complete Schedule D, Part VI | **11a** | X | |
| b | Did the organization report an amount for investments - other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VII | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VIII | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part IX | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? If "Yes," complete Schedule D, Part X | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? If "Yes," complete Schedule D, Part X | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? If "Yes," complete Schedule D, Parts XI and XII | **12a** | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional | **12b** | X | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? If "Yes," complete Schedule F, Parts I and IV | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? If "Yes," complete Schedule F, Parts II and IV | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? If "Yes," complete Schedule F, Parts III and IV | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? If "Yes," complete Schedule G, Part I | **17** | X | |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |

Form **990** (2014)

432003
11-07-14

3

Form 990 (2014)          AARP                                              95-1985500          Page **4**

## Part IV | Checklist of Required Schedules *(continued)*

|  |  |  | Yes | No |
|---|---|---|:---:|:---:|
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | X | |
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No", go to line 25a* | **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | **28a** | | X |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* | **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | X | |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | X | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O | **38** | X | |

Form **990** (2014)

432004
11-07-14

4

Form 990 (2014)        AARP                                                    95-1985500        Page 5

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |
|---|---|

Check if Schedule O contains a response or note to any line in this Part V ........................................ [X]

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable .............. | **1a** 1671 |  |  |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable .............. | **1b** 0 |  |  |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? .................................................................... | | **1c** X | |
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return .............. | **2a** 2060 | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? .............. | | **2b** X | |
|  | Note. If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? .............. | | **3a** X | |
| b | If "Yes," has it filed a Form 990-T for this year? If "No," to line 3b, provide an explanation in Schedule O .............. | | **3b** X | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? .............. | | **4a** X | |
| b | If "Yes," enter the name of the foreign country: ▶ See Schedule O | | | |
|  | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? .............. | | **5a** | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? .............. | | **5b** | X |
| c | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? .............. | | **5c** | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? .............. | | **6a** X | |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? .............. | | **6b** X | |
| 7 | Organizations that may receive deductible contributions under section 170(c). | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? .............. | | **7a** | |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? .............. | | **7b** | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? .............. | | **7c** | |
| d | If "Yes," indicate the number of Forms 8282 filed during the year .............. | **7d** | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? .............. | | **7e** | |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? .............. | | **7f** | |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? .............. | | **7g** | |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? .............. | | **7h** | |
| 8 | Sponsoring organizations maintaining donor advised funds. Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? .............. | | **8** | |
| 9 | Sponsoring organizations maintaining donor advised funds. | | | |
| a | Did the sponsoring organization make any taxable distributions under section 4966? .............. | | **9a** | |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? .............. | | **9b** | |
| 10 | Section 501(c)(7) organizations. Enter: | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 .............. | **10a** | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities .............. | **10b** | | |
| 11 | Section 501(c)(12) organizations. Enter: | | | |
| a | Gross income from members or shareholders .............. | **11a** | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) .............. | **11b** | | |
| 12a | Section 4947(a)(1) non-exempt charitable trusts. Is the organization filing Form 990 in lieu of Form 1041? .............. | | **12a** | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year .............. | **12b** | | |
| 13 | Section 501(c)(29) qualified nonprofit health insurance issuers. | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? .............. | | **13a** | |
|  | Note. See the instructions for additional information the organization must report on Schedule O. | | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans .............. | **13b** | | |
| c | Enter the amount of reserves on hand .............. | **13c** | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? .............. | | **14a** | X |
| b | If "Yes," has it filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O .............. | | **14b** | |

Form **990** (2014)

432005
11-07-14

Form 990 (2014)  AARP                                                    95-1985500    Page 6

| **Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI .................................... ☒

**Section A. Governing Body and Management**

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year .......... | 1a | 21 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| b | Enter the number of voting members included in line 1a, above, who are independent ............ | 1b | 21 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? ................................................ | | 2 | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? ................ | | 3 | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ...... | | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? .......... | | 5 | | X |
| 6 | Did the organization have members or stockholders? ........................................ | | 6 | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? ............................................... | | 7a | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? ............................................ | | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| a | The governing body? ...................................................................... | | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? .............................. | | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* ................... | | 9 | | X |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ................................ | 10a | X | |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ............. | 10b | X | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | 11a | X | |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ................. | 12a | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | 12b | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* ...................................................... | 12c | X | |
| 13 | Did the organization have a written whistleblower policy? ..................................... | 13 | X | |
| 14 | Did the organization have a written document retention and destruction policy? ...................... | 14 | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ............................ | 15a | X | |
| b | Other officers or key employees of the organization ........................................ | 15b | | X |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? ............................................... | 16a | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? ...................................... | 16b | | |

**Section C. Disclosure**

| 17 | List the states with which a copy of this Form 990 is required to be filed ►CA |
|---|---|
| 18 | Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply. <br> ☒ Own website ☐ Another's website ☒ Upon request ☐ Other *(explain in Schedule O)* |
| 19 | Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. |
| 20 | State the name, address, and telephone number of the person who possesses the organization's books and records: ► <br> Scott M. Frisch - 202-434-7578 <br> 601 E Street, NW, Washington, DC 20049 |

432006 11-07-14                                                              Form 990 (2014)

Form 990 (2014)        AARP                                              95-1985500        Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII ......................... ☒

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  Jeannine English<br>President as of 6/14 | 25.00<br>0.00 | X | | | | | | 22,323. | 0. | 0. |
| (2)  Carol Raphael<br>Board Chair as of 6/14 | 25.00<br>0.00 | X | | | | | | 6,333. | 0. | 0. |
| (3)  Ronald E. Daly, Sr.<br>Board Vice Chair as of 6/14 | 15.00<br>6.00 | X | | | | | | 6,525. | 0. | 0. |
| (4)  Joan R. Ruff<br>Sec/Treasurer as of 6/14 | 15.00<br>0.00 | X | | | | | | 6,009. | 0. | 0. |
| (5)  Eric J. Schneidewind<br>President-Elect | 18.00<br>0.00 | X | | | | | | 0. | 0. | 0. |
| (6)  Catherine Alicia Georges<br>Director | 10.00<br>6.00 | X | | | | | | 834. | 0. | 0. |
| (7)  Barbara O'Connor<br>Director | 10.00<br>6.00 | X | | | | | | 2,762. | 0. | 0. |
| (8)  John Penn<br>Director | 10.00<br>3.00 | X | | | | | | 10,869. | 0. | 0. |
| (9)  Diane Pratt<br>Director | 10.00<br>6.00 | X | | | | | | 2,227. | 0. | 0. |
| (10) Fernando Torres-Gil<br>Director | 10.00<br>0.00 | X | | | | | | 0. | 0. | 0. |
| (11) Gretchen Dahlen<br>Director | 10.00<br>0.00 | X | | | | | | 8,961. | 0. | 0. |
| (12) Jewell D. Hoover<br>Director | 10.00<br>0.00 | X | | | | | | 0. | 0. | 0. |
| (13) Timothy M. Kelly<br>Director | 10.00<br>0.00 | X | | | | | | 1,739. | 0. | 0. |
| (14) Edward A. Watson<br>Director | 10.00<br>3.00 | X | | | | | | 12,593. | 0. | 0. |
| (15) Beth Ellard<br>Director | 10.00<br>0.00 | X | | | | | | 0. | 0. | 0. |
| (16) Annette Franqui<br>Director | 10.00<br>3.00 | X | | | | | | 0. | 0. | 0. |
| (17) Lloyd Johnson<br>Director | 10.00<br>6.00 | X | | | | | | 0. | 0. | 0. |

432007  11-07-14

Form **990** (2014)

Form 990 (2014)    AARP    95-1985500    Page **8**

## Part VII Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) Doris Koo Director | 10.00 6.00 | X | | | | | | 1,216. | 0. | 0. |
| (19) Neal Lane Director | 10.00 0.00 | X | | | | | | 0. | 0. | 0. |
| (20) Janet E. Porter Director | 10.00 0.00 | X | | | | | | 0. | 0. | 0. |
| (21) Libby Sartain Director | 10.00 0.00 | X | | | | | | 0. | 0. | 0. |
| (22) Robert Romasco President until 6/14 | 25.00 0.00 | X | | | | | | 0. | 0. | 0. |
| (23) Gail E. Aldrich Board Chair until 6/14 | 25.00 0.00 | X | | | | | | 30,573. | 0. | 0. |
| (24) A. James Forbes, Jr. Sec/Treasurer until 6/14 | 15.00 0.00 | X | | | | | | 15,170. | 0. | 0. |
| (25) Allen Douma Director until 6/14 | 10.00 6.00 | X | | | | | | 15,864. | 0. | 0. |
| (26) Raymond Dean Jones Director until 6/14 | 10.00 0.00 | X | | | | | | 0. | 0. | 0. |
| 1b Sub-total | | | | | | | ▶ | 143,998. | 0. | 0. |
| c Total from continuation sheets to Part VII, Section A | | | | | | | ▶ | 9,612,987. | 332,377. | 1142607. |
| d Total (add lines 1b and 1c) | | | | | | | ▶ | 9,756,985. | 332,377. | 1142607. |

2  Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 947

| | | Yes | No |
|---|---|---|---|
| 3 | Did the organization list any *former* officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ............ **3** | | X |
| 4 | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ............ **4** | X | |
| 5 | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ............ **5** | | X |

### Section B. Independent Contractors

1  Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| RR Donnelley 111 South Wacker Drive, Chicago, IL 60606 | Printing Services | 84,644,580. |
| Mediacom Worldwide Inc. 498 7TH Avenue, New York, NY 10018 | Media Agency | 77,333,137. |
| Paradysz, Inc. 5 Hanover Square, New York, NY 10004 | Audience & Marketing Research | 20,892,056. |
| IBM 1 New Orchard Road, Armonk, NY 10504 | Business and IT Services | 14,094,448. |
| GMMB, Inc., 3050 K Street, NW, Ste. 100, Washington, DC 20007 | Advertising Firm | 13,879,552. |

2  Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 503

See Part VII, Section A Continuation sheets

432008
11-07-14

Form **990** (2014)

8

Form 990    AARP    95-1985500

**Part VII** | Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (27) Jacob Lozada Director until 6/14 | 10.00 0.00 | X | | | | | | 2,942. | 0. | 0. |
| (28) J. David Nelson Director until 6/14 | 10.00 6.00 | X | | | | | | 4,971. | 0. | 0. |
| (29) Charles E. Reed Director until 6/14 | 10.00 0.00 | X | | | | | | 15,459. | 0. | 0. |
| (30) Jo Ann Jenkins CEO 9/14, COO until 9/14 | 40.00 0.00 | | | X | | | | 629,458. | 0. | 70,219. |
| (31) Addison B. Rand CEO until 9/1/2014 | 40.00 0.00 | | | X | | | | 1,628,832. | 0. | 69,457. |
| (32) Robert R. Hagans, Jr. Chief Financial Officer | 40.00 0.00 | | | X | | | | 426,333. | 0. | 70,220. |
| (33) Nancy A. LeaMond EVP State and National Gro | 40.00 0.00 | | | | X | | | 631,212. | 0. | 53,836. |
| (34) Emilio Pardo EVP & Chief Brand Officer | 40.00 0.00 | | | | X | | | 551,438. | 0. | 56,979. |
| (35) Steven Cone EVP Integrated Value & Str | 40.00 0.00 | | | | X | | | 502,009. | 0. | 52,994. |
| (36) Kevin Donnellan EVP & Chief of Staff | 40.00 0.00 | | | | X | | | 447,338. | 0. | 63,394. |
| (37) Cynthia Lewin EVP & General Counsel | 40.00 0.00 | | | | X | | | 432,482. | 0. | 70,548. |
| (38) Nancy Smith EVP & Corporate Secretary | 40.00 0.00 | | | | X | | | 420,870. | 0. | 51,211. |
| (39) Lorraine Cortes-Vazquez EVP Multi Market & Engagem | 40.00 0.00 | | | | X | | | 398,867. | 0. | 63,340. |
| (40) Debra Whitman EVP Policy & International | 40.00 0.00 | | | | X | | | 393,251. | 0. | 70,151. |
| (41) Terry Bradwell EVP Chief Information Officer | 40.00 0.00 | | | | X | | | 360,736. | 0. | 52,864. |
| (42) Harroll Backus EVP States and Communities | 40.00 1.00 | | | | X | | | 350,330. | 0. | 63,247. |
| (43) Richard Randazzo EVP Chief Human Resources | 40.00 0.00 | | | | X | | | 324,265. | 0. | 58,615. |
| (44) Scott Frisch EVP & COO as of 10/1/14 | 40.00 40.00 | | | | X | | | 46,751. | 332,377. | 70,141. |
| (45) Melvin Radowitz Associate General Counsel | 40.00 0.00 | | | | | X | | 460,284. | 0. | 44,058. |
| (46) John Edward Ellison SVP - Treasurer | 40.00 0.00 | | | | | X | | 411,556. | 0. | 23,738. |

Total to Part VII, Section A, line 1c .......

432201 05-01-14

9

| Form 990 | AARP | | | | | | | | | 95-1985500 | | |

**Part VII** Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (check all that apply) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (47) Michael Schuster | 40.00 | | | | | | | | | |
| Associate General Counsel | 0.00 | | | | | X | | 401,808. | 0. | 30,416. |
| (48) Myrna Blyth | 40.00 | | | | | | | | | |
| SVP Editorial Director | 0.00 | | | | | X | | 407,490. | 0. | 53,796. |
| (49) Lynn Mento | 40.00 | | | | | | | | | |
| SVP 50+ Member Experience | 0.00 | | | | | X | | 364,305. | 0. | 53,383. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total to Part VII, Section A, line 1c ............. | | | | | | | | 9,612,987. | 332,377. | 1,142,607. |

432201
05-01-14

10

Form 990 (2014)    AARP    95-1985500    Page 9

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII ....................... ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1 a | Federated campaigns | 1a | | | | |
| | b | Membership dues | 1b | 296,669,773. | | | |
| | c | Fundraising events | 1c | | | | |
| | d | Related organizations | 1d | 5,822,895. | | | |
| | e | Government grants (contributions) | 1e | 520,000. | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 20,596,614. | | | |
| | g | Noncash contributions included in lines 1a-1f: $ | | | | | |
| | h | **Total.** Add lines 1a-1f ▶ | | 323,609,282. | | | |

| | | | Business Code | | | | |
|---|---|---|---|---|---|---|---|
| **Program Service Revenue** | 2 a | Advertising Revenue | 541800 | 168,858,067. | | 168,858,067. | |
| | b | Driver's Safety Program | 900099 | 8,323,883. | 8,323,883. | | |
| | c | National Event Revenue | 900099 | 2,428,501. | 2,260,702. | 167,799. | |
| | d | Digital Revenue | 900099 | 467,168. | | 467,168. | |
| | e | Broadcast Studio Revenue | 900099 | 51,427. | | 51,427. | |
| | f | All other program service revenue | 900099 | 1,447,105. | 1,447,105. | | |
| | g | **Total.** Add lines 2a-2f ▶ | | 181,576,151. | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Investment income (including dividends, interest, and other similar amounts) ▶ | | 40,518,769. | | | 40,518,769. |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 | Royalties ▶ | | 798,788,206. | | | 798,788,206. |

| | | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|---|
| | 6 a | Gross rents | 3,146,964. | | | | | |
| | b | Less: rental expenses | 3,146,964. | | | | | |
| | c | Rental income or (loss) | 0. | | | | | |
| | d | Net rental income or (loss) ▶ | | | | | | |

| | | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7 a | Gross amount from sales of assets other than inventory | 30309091473. | | | | | |
| | b | Less: cost or other basis and sales expenses | 30257671085. | | | | | |
| | c | Gain or (loss) | 51,420,388. | | | | | |
| | d | Net gain or (loss) ▶ | | | 51,420,388. | | | 51,420,388. |

| **Other Revenue** | 8 a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 | a | | | | | |
|---|---|---|---|---|---|---|---|---|
| | b | Less: direct expenses | b | | | | | |
| | c | Net income or (loss) from fundraising events ▶ | | | | | | |
| | 9 a | Gross income from gaming activities. See Part IV, line 19 | a | | | | | |
| | b | Less: direct expenses | b | | | | | |
| | c | Net income or (loss) from gaming activities ▶ | | | | | | |
| | 10 a | Gross sales of inventory, less returns and allowances | a | | | | | |
| | b | Less: cost of goods sold | b | | | | | |
| | c | Net income or (loss) from sales of inventory ▶ | | | | | | |

| | Miscellaneous Revenue | Business Code | | | | | |
|---|---|---|---|---|---|---|---|
| | 11 a | Miscellaneous Income | 900099 | 2,666,468. | | | 2,666,468. |
| | b | Captive Insurance Premiums | 900099 | 425,504. | | | 425,504. |
| | c | | | | | | |
| | d | All other revenue | | | | | |
| | e | **Total.** Add lines 11a-11d ▶ | | 3,091,972. | | | |
| | 12 | **Total revenue.** See instructions. ▶ | | 1399004768. | 12,031,690. | 169,544,461. | 893,819,335. |

432009
11-07-14

Form **990** (2014)

Form 990 (2014)    AARP    95-1985500    Page **10**

**Part IX** | **Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX .......................... ☒

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| 1 Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 22,779,565. | 22,779,565. | | |
| 2 Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| 3 Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| 4 Benefits paid to or for members | | | | |
| 5 Compensation of current officers, directors, trustees, and key employees | 8,694,890. | 2,692,473. | 6,002,417. | |
| 6 Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| 7 Other salaries and wages | 223,896,132. | 151,659,519. | 71,857,127. | 379,486. |
| 8 Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 50,336,811. | 37,718,665. | 12,551,071. | 67,075. |
| 9 Other employee benefits | 46,420,050. | 13,626,758. | 32,764,690. | 28,602. |
| 10 Payroll taxes | 13,555,218. | 8,955,550. | 4,580,376. | 19,292. |
| 11 Fees for services (non-employees): | | | | |
| a Management | | | | |
| b Legal | 494,043. | 59,790. | 434,253. | |
| c Accounting | 1,162,283. | 42,621. | 1,119,662. | |
| d Lobbying | 570,000. | 570,000. | | |
| e Professional fundraising services. See Part IV, line 17 | 682,212. | | | 682,212. |
| f Investment management fees | 7,519,307. | | 7,519,307. | |
| g Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Sch O.) | 163,435,555. | 134,272,279. | 29,104,085. | 59,191. |
| 12 Advertising and promotion | 267,835,980. | 254,053,729. | 13,663,676. | 118,575. |
| 13 Office expenses | 1,723,241. | 1,211,828. | 511,378. | 35. |
| 14 Information technology | 86,333,662. | 29,726,420. | 56,090,084. | 517,158. |
| 15 Royalties | | | | |
| 16 Occupancy | 19,362,633. | 19,731,427. | -368,794. | |
| 17 Travel | 14,261,517. | 11,679,600. | 2,581,449. | 468. |
| 18 Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| 19 Conferences, conventions, and meetings | 16,605,264. | 14,188,664. | 2,416,600. | |
| 20 Interest | 8,845,135. | | 8,845,135. | |
| 21 Payments to affiliates | | | | |
| 22 Depreciation, depletion, and amortization | 40,917,597. | 7,673,298. | 33,244,299. | |
| 23 Insurance | 4,196,975. | | 4,196,975. | |
| 24 Other expenses. Itemize expenses not covered above. (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a Printing & Postage | 261,722,930. | 256,745,777. | 1,313,981. | 3,663,172. |
| b Research, Surveys, & Te | 12,909,487. | 10,826,093. | 2,083,394. | |
| c Taxes & Licenses | 11,867,469. | 1,161,866. | 10,705,603. | |
| d Volunteer Travel & Acti | 6,964,973. | 5,476,460. | 1,488,513. | |
| e All other expenses | 21,406,187. | 87,344,981. | -66,679,216. | 740,422. |
| 25 Total functional expenses. Add lines 1 through 24e | 1314499116. | 1072197363. | 236,026,065. | 6,275,688. |
| 26 Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation.<br>Check here ▶ ☒ if following SOP 98-2 (ASC 958-720) | 9,987,404. | 6,619,551. | 0. | 3,367,853. |

432010 11-07-14    Form **990** (2014)

Form 990 (2014)        AARP                                                        95-1985500        Page **11**

## Part X | Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X ........................................ ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 30,334,337. | 1 | 65,976,178. |
| | 2 | Savings and temporary cash investments | 82,003,272. | 2 | 54,481,865. |
| | 3 | Pledges and grants receivable, net | | 3 | |
| | 4 | Accounts receivable, net | 89,962,457. | 4 | 93,759,609. |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instr). Complete Part II of Sch L | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | | 8 | |
| | 9 | Prepaid expenses and deferred charges | 69,506,556. | 9 | 52,609,933. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ... 10a | 540,801,030. | | |
| | b | Less: accumulated depreciation ... 10b | 287,516,326. | | |
| | | | 238,194,730. | 10c | 253,284,704. |
| | 11 | Investments - publicly traded securities | 1687903954. | 11 | 1793976516. |
| | 12 | Investments - other securities. See Part IV, line 11 | 3,000,000. | 12 | 3,000,000. |
| | 13 | Investments - program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | 915,749. | 14 | 862,917. |
| | 15 | Other assets. See Part IV, line 11 | 11,481,556. | 15 | 12,628,924. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34) | 2213302611. | 16 | 2330580646. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 161,005,414. | 17 | 153,136,346. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | 250,979,317. | 19 | 249,315,162. |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | 174,169,829. | 24 | 174,194,964. |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 484,399,643. | 25 | 712,297,236. |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 1070554203. | 26 | 1288943708. |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117 (ASC 958), check here ▶ ☒ and complete lines 27 through 29, and lines 33 and 34. | | | |
| | 27 | Unrestricted net assets | 1142748408. | 27 | 1041636938. |
| | 28 | Temporarily restricted net assets | | 28 | |
| | 29 | Permanently restricted net assets | | 29 | |
| | | Organizations that do not follow SFAS 117 (ASC 958), check here ▶ ☐ and complete lines 30 through 34. | | | |
| | 30 | Capital stock or trust principal, or current funds | | 30 | |
| | 31 | Paid-in or capital surplus, or land, building, or equipment fund | | 31 | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | 32 | |
| | 33 | Total net assets or fund balances | 1142748408. | 33 | 1041636938. |
| | 34 | Total liabilities and net assets/fund balances | 2213302611. | 34 | 2330580646. |

Form **990** (2014)

432011
11-07-14

1 6 3 9 0 6 1 0   1 3 5 6 7 1   A A R P F I N A L        2 0 1 4   0 2 0 5 1   A A R P                                A A R P F I N 1

Form 990 (2014)          AARP                                                      95-1985500        Page **12**

## Part XI | Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ........................................ ☒

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 1,399,004,768. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 1,314,499,116. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 3 | 84,505,652. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) | 4 | 1,142,748,408. |
| 5 | Net unrealized gains (losses) on investments | 5 | -265,671. |
| 6 | Donated services and use of facilities | 6 | |
| 7 | Investment expenses | 7 | |
| 8 | Prior period adjustments | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) | 9 | -185,351,451. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | 10 | 1,041,636,938. |

## Part XII | Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ........................................ ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☒ Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? ............ | 2a | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? ............................ | 2b | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☒ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ............ | 2c | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? ....................................................................................... | 3a | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits ....................... | 3b | | |

Form **990** (2014)

432012
11-07-14

| **Schedule B**<br>**(Form 990, 990-EZ,**<br>**or 990-PF)**<br>Department of the Treasury<br>Internal Revenue Service | **Schedule of Contributors**<br>► Attach to Form 990, Form 990-EZ, or Form 990-PF.<br>► Information about Schedule B (Form 990, 990-EZ, or 990-PF) and<br>its instructions is at *www.irs.gov/form990*. | OMB No. 1545-0047<br>**2014** |
|---|---|---|

| Name of the organization | Employer Identification number |
|---|---|
| AARP | 95-1985500 |

**Organization type** (check one):

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | [X] 501(c)( **4** ) (enter number) organization |
| | [ ] 4947(a)(1) nonexempt charitable trust not treated as a private foundation |
| | [ ] 527 political organization |
| Form 990-PF | [ ] 501(c)(3) exempt private foundation |
| | [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | [ ] 501(c)(3) taxable private foundation |

---

Check if your organization is covered by the **General Rule** or a **Special Rule**.

**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Do not complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year ............................................ ► $ _____

**Caution.** An organization that is not covered by the General Rule and/or the Special Rules does not file Schedule B (Form 990, 990-EZ, or 990-PF), but it must answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it does not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

---

LHA   For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.   Schedule B (Form 990, 990-EZ, or 990-PF) (2014)

Schedule B (Form 990, 990-EZ, or 990-PF) (2014)

Page **2**

| Name of organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

**Part I** | Contributors (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Ms. Susan Stearns<br><br>43 Old Farm Road<br><br>Oakhurst, NJ 07755-1663 | $ 15,000. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br><br>(Complete Part II for noncash contributions.) |

423452 11-05-14

Schedule B (Form 990, 990-EZ, or 990-PF) (2014)

Schedule B (Form 990, 990-EZ, or 990-PF) (2014)                                                                    Page **3**

| Name of organization | Employer Identification number |
|---|---|
| AARP | 95-1985500 |

**Part II**   **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a)<br>No.<br>from<br>Part I | (b)<br>Description of noncash property given | (c)<br>FMV (or estimate)<br>(see instructions) | (d)<br>Date received |
|---|---|---|---|
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |
| _____ | _____<br>_____<br>_____ | $ _____ | _____ |

423453  11-05-14                                                                    Schedule B (Form 990, 990-EZ, or 990-PF) (2014)

17

Schedule B (Form 990, 990-EZ, or 990-PF) (2014)                                                                    Page **4**

| Name of organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

**Part III** Exclusively religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns (a) through (e) and the following line entry. For organizations completing Part III, enter the total of exclusively religious, charitable, etc., contributions of $1,000 or less for the year. (Enter this info. once.) ▶ $ _____
Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

423454  11-05-14                                                              Schedule B (Form 990, 990-EZ, or 990-PF) (2014)

| SCHEDULE C | **Political Campaign and Lobbying Activities** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | | **2014** |
| | ▶ **For Organizations Exempt From Income Tax Under section 501(c) and section 527** | |
| Department of the Treasury | ▶ **Complete if the organization is described below.** ▶ **Attach to Form 990 or Form 990-EZ.** | **Open to Public** |
| Internal Revenue Service | ▶ Information about Schedule C (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990.* | **Inspection** |

**If the organization answered "Yes," to Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**

- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes," to Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**

- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes," to Form 990, Part IV, line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**

- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** | | |
|---|---|---|---|
| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV. | | |
| 2 | Political expenditures | ▶ $ | 227,677. |
| 3 | Volunteer hours | | |

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** | | | |
|---|---|---|---|---|
| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 | ▶ $ | | |
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 | ▶ $ | | |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? | | ☐ Yes | ☐ No |
| 4a | Was a correction made? | | ☐ Yes | ☐ No |
| b | If "Yes," describe in Part IV. | | | |

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** | | | |
|---|---|---|---|---|
| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities | ▶ $ | | 227,677. |
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities | ▶ $ | | 0. |
| 3 | Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b | ▶ $ | | 227,677. |
| 4 | Did the filing organization file Form 1120-POL for this year? | | ☒ Yes | ☐ No |
| 5 | Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV. | | | |

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.          Schedule C (Form 990 or 990-EZ) 2014

LHA
432041
10-21-14

Schedule C (Form 990 or 990-EZ) 2014 AARP
95-1985500  Page 2

| Part II-A | Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)). |

**A** Check ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B** Check ▶ ☐ if the filing organization checked box A and "limited control" provisions apply.

| Limits on Lobbying Expenditures<br>(The term "expenditures" means amounts paid or incurred.) | | (a) Filing organization's totals | (b) Affiliated group totals |
|---|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grass roots lobbying) | | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | | |
| **d** Other exempt purpose expenditures | | | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | | | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | | | |
|---|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | | | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0- | | | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0- | | | |
| **j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | | ☐ Yes | ☐ No |

**4-Year Averaging Period Under section 501(h)**
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.
See the separate instructions for lines 2a through 2f.)

Lobbying Expenditures During 4-Year Averaging Period

| Calendar year<br>(or fiscal year beginning in) | (a) 2011 | (b) 2012 | (c) 2013 | (d) 2014 | (e) Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | | | | | |
| **b** Lobbying ceiling amount<br>(150% of line 2a, column(e)) | | | | | |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | | | | | |
| **e** Grassroots ceiling amount<br>(150% of line 2d, column (e)) | | | | | |
| **f** Grassroots lobbying expenditures | | | | | |

Schedule C (Form 990 or 990-EZ) 2014

432042
10-21-14

Schedule C (Form 990 or 990-EZ) 2014 AARP                                              95-1985500  Page 3

**Part II-B**  Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

For each "Yes," response to lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.

| | | (a) | | (b) |
|---|---|---|---|---|
| | | Yes | No | Amount |
| 1 | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| a | Volunteers? | | | |
| b | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| c | Media advertisements? | | | |
| d | Mailings to members, legislators, or the public? | | | |
| e | Publications, or published or broadcast statements? | | | |
| f | Grants to other organizations for lobbying purposes? | | | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| i | Other activities? | | | |
| j | Total. Add lines 1c through 1i | | | |
| 2a | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| b | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| c | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| d | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

**Part III-A**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | Yes | No |
|---|---|---|---|
| 1 | Were substantially all (90% or more) dues received nondeductible by members? | 1 | X | |
| 2 | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 2 | | X |
| 3 | Did the organization agree to carry over lobbying and political expenditures from the prior year? | 3 | | X |

**Part III-B**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No," OR (b) Part III-A, line 3, is answered "Yes."

| | | | |
|---|---|---|---|
| 1 | Dues, assessments and similar amounts from members | 1 | |
| 2 | Section 162(e) nondeductible lobbying and political expenditures (do not include amounts of political expenses for which the section 527(f) tax was paid). | | |
| a | Current year | 2a | |
| b | Carryover from last year | 2b | |
| c | Total | 2c | |
| 3 | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | 3 | |
| 4 | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | 4 | |
| 5 | Taxable amount of lobbying and political expenditures (see instructions) | 5 | |

**Part IV**  Supplemental Information

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions); and Part II-B, line 1. Also, complete this part for any additional information.

Part I-A, Line 1:

AARP obtains responses from candidates running for political office at the federal, state, and local levels on issues that impact voters 50+. AARP then publishes (either in AARP The Magazine, voter guides mailed to members or distributed at AARP events or on AARP.org) the responses provided by the candidate's campaign alongside AARP's position on the

432043
10-21-14

Schedule C (Form 990 or 990-EZ) 2014

Schedule C (Form 990 or 990-EZ) 2014 AARP                                    95-1985500  Page 4

| Part IV | Supplemental Information *(continued)* |

issues. In 2014 AARP printed non-partisan voter guides for 11 state

elections. AARP is non-partisan and does not contribute any monies

directly to candidates or political parties.

| SCHEDULE D (Form 990) | Supplemental Financial Statements | OMB No. 1545-0047 |
|---|---|---|
| | ▶ Complete if the organization answered "Yes" to Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b. | **2014** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990. ▶ Information about Schedule D (Form 990) and its instructions is at *www.irs.gov/form990.* | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

**Part I  Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" to Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?   ☐ Yes  ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit?   ☐ Yes  ☐ No

**Part II  Conservation Easements.** Complete if the organization answered "Yes" to Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of a historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶

4 Number of states where property subject to conservation easement is located ▶

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?   ☐ Yes  ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, and enforcing conservation easements during the year ▶

7 Amount of expenses incurred in monitoring, inspecting, and enforcing conservation easements during the year ▶ $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)?   ☐ Yes  ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** Complete if the organization answered "Yes" to Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included in Form 990, Part VIII, line 1   ▶ $

(ii) Assets included in Form 990, Part X   ▶ $

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

a Revenue included in Form 990, Part VIII, line 1   ▶ $

b Assets included in Form 990, Part X   ▶ $

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.   Schedule D (Form 990) 2014
432051
10-01-14

Schedule D (Form 990) 2014    AARP                                    95-1985500    Page **2**

## Part III   Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a ☐ Public exhibition                              d ☐ Loan or exchange programs

b ☐ Scholarly research                             e ☐ Other

c ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ............................ ☐ Yes ☐ No

## Part IV   Escrow and Custodial Arrangements. Complete if the organization answered "Yes" to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ............................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance | 1c |  |
| **d** Additions during the year | 1d |  |
| **e** Distributions during the year | 1e |  |
| **f** Ending balance | 1f |  |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? .......... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII ............... ☐

## Part V   Endowment Funds. Complete if the organization answered "Yes" to Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance |  |  |  |  |  |
| **b** Contributions |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses |  |  |  |  |  |
| **d** Grants or scholarships |  |  |  |  |  |
| **e** Other expenditures for facilities and programs |  |  |  |  |  |
| **f** Administrative expenses |  |  |  |  |  |
| **g** End of year balance |  |  |  |  |  |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ _____ %

**b** Permanent endowment ▶ _____ %

**c** Temporarily restricted endowment ▶ _____ %

The percentages in lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| (i) unrelated organizations | 3a(i) |  |  |
| (ii) related organizations | 3a(ii) |  |  |
| **b** If "Yes" to 3a(ii), are the related organizations listed as required on Schedule R? | 3b |  |  |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI   Land, Buildings, and Equipment.

Complete if the organization answered "Yes" to Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land |  | 46,486,264. |  | 46,486,264. |
| **b** Buildings |  | 182,780,050. | 78,425,400. | 104,354,650. |
| **c** Leasehold improvements |  | 42,976,645. | 28,628,882. | 14,347,763. |
| **d** Equipment |  |  |  |  |
| **e** Other |  | 268,558,071. | 180,462,044. | 88,096,027. |
| Total. Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ............ ▶ |  |  |  | 253,284,704. |

Schedule D (Form 990) 2014

432052
10-01-14

Schedule D (Form 990) 2014       AARP                                                    95-1985500      Page **3**

## Part VII | Investments - Other Securities.

Complete if the organization answered "Yes" to Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Col. (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII | Investments - Program Related.

Complete if the organization answered "Yes" to Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Col. (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX | Other Assets.

Complete if the organization answered "Yes" to Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 15.) ........................................ ▶ | |

## Part X | Other Liabilities.

Complete if the organization answered "Yes" to Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. | (a) Description of liability | (b) Book value | |
|---|---|---|---|
| (1) | Federal income taxes | | |
| (2) | Post retirement benefits | 92,678,399. | |
| (3) | Deferred membership dues | 288,719,467. | |
| (4) | IBNR reserve | 5,147,000. | |
| (5) | Pension liability | 325,752,370. | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 25.) ............. ▶ | | 712,297,236. | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the
organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII [X]

Schedule D (Form 990) 2014

432053
10-01-14

Schedule D (Form 990) 2014    AARP                                              95-1985500    Page **4**

| **Part XI** | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. |
|---|---|

Complete if the organization answered "Yes" to Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| a | Net unrealized gains (losses) on investments | **2a** | | |
| b | Donated services and use of facilities | **2b** | | |
| c | Recoveries of prior year grants | **2c** | | |
| d | Other (Describe in Part XIII.) | **2d** | | |
| e | Add lines 2a through 2d | | **2e** | |
| 3 | Subtract line 2e from line 1 | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| b | Other (Describe in Part XIII.) | **4b** | | |
| c | Add lines 4a and 4b | | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* | | **5** | |

| **Part XII** | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. |
|---|---|

Complete if the organization answered "Yes" to Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| a | Donated services and use of facilities | **2a** | | |
| b | Prior year adjustments | **2b** | | |
| c | Other losses | **2c** | | |
| d | Other (Describe in Part XIII.) | **2d** | | |
| e | Add lines 2a through 2d | | **2e** | |
| 3 | Subtract line 2e from line 1 | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| b | Other (Describe in Part XIII.) | **4b** | | |
| c | Add lines 4a and 4b | | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* | | **5** | |

| **Part XIII** | Supplemental Information. |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Part X, Line 2:

AARP does not believe that there are any unrecognized tax
benefits/liabilities that should be recorded.

432054
10-01-14

Schedule D (Form 990) 2014

**SCHEDULE G**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information Regarding Fundraising or Gaming Activities**

Complete if the organization answered "Yes" to Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a.
▶ Attach to Form 990 or Form 990-EZ.
▶ Information about Schedule G (Form 990 or 990-EZ) and its instructions is at www.irs.gov/form 990.

OMB No. 1545-0047

**2014**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

**Part I**   **Fundraising Activities.** Complete if the organization answered "Yes" to Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part.

1 Indicate whether the organization raised funds through any of the following activities. Check all that apply.
  a [X] Mail solicitations        e [X] Solicitation of non-government grants
  b [X] Internet and email solicitations    f [X] Solicitation of government grants
  c [X] Phone solicitations         g [ ] Special fundraising events
  d [ ] In-person solicitations

2 a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?    [X] Yes    [ ] No

   b If "Yes," list the ten highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| Chapman Cubine Adams Hussey & Associates - 1600 Wilson | Direct mail and communications | | X | 0. | 2,126,312. | 0. |
| M&R Strategic Services - 2120 L Street, NW, Washington, DC | Creative on-line marketing services | | X | 0. | 84,000. | 0. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | ▶ | | 2,210,312. | |

3 List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AK,AL,AR,AZ,CA,CO,CT,DC,FL,GA,IL,KS,KY,MA,MD,ME,MI,MN,MO,MS,NC,ND,NH,NJ,NM
NY,OH,OK,OR,PA,RI,SC,TN,UT,VA,WA,WI,WV

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.      Schedule G (Form 990 or 990-EZ) 2014

       See Part IV for continuations

432081
08-28-14

Schedule G (Form 990 or 990-EZ) 2014 AARP                    95-1985500  Page 2

## Part II — Fundraising Events.

Complete if the organization answered "Yes" to Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| Revenue | | (a) Event #1 | (b) Event #2 | (c) Other events | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| | | (event type) | (event type) | (total number) | |
| | 1  Gross receipts | | | | |
| | 2  Less: Contributions | | | | |
| | 3  Gross income (line 1 minus line 2) | | | | |
| Direct Expenses | 4  Cash prizes | | | | |
| | 5  Noncash prizes | | | | |
| | 6  Rent/facility costs | | | | |
| | 7  Food and beverages | | | | |
| | 8  Entertainment | | | | |
| | 9  Other direct expenses | | | | |
| | 10  Direct expense summary. Add lines 4 through 9 in column (d) ▶ | | | | |
| | 11  Net income summary. Subtract line 10 from line 3, column (d) ▶ | | | | |

## Part III — Gaming.

Complete if the organization answered "Yes" to Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| Revenue | | (a) Bingo | (b) Pull tabs/instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| | 1  Gross revenue | | | | |
| Direct Expenses | 2  Cash prizes | | | | |
| | 3  Noncash prizes | | | | |
| | 4  Rent/facility costs | | | | |
| | 5  Other direct expenses | | | | |
| | 6  Volunteer labor | ☐ Yes _____ %  ☐ No | ☐ Yes _____ %  ☐ No | ☐ Yes _____ %  ☐ No | |
| | 7  Direct expense summary. Add lines 2 through 5 in column (d) ▶ | | | | |
| | 8  Net gaming income summary. Subtract line 7 from line 1, column (d) ▶ | | | | |

9  Enter the state(s) in which the organization conducts gaming activities: _____

a  Is the organization licensed to conduct gaming activities in each of these states? ........................... ☐ Yes  ☐ No

b  If "No," explain: _____

10a  Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? ................... ☐ Yes  ☐ No

b  If "Yes," explain: _____

432082 08-28-14                          Schedule G (Form 990 or 990-EZ) 2014

Schedule G (Form 990 or 990-EZ) 2014 AARP                                    95-1985500    Page 3

| | | Yes | No |
|---|---|---|---|
| 11 | Does the organization conduct gaming activities with nonmembers? | ☐ Yes | ☐ No |
| 12 | Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? | ☐ Yes | ☐ No |

13  Indicate the percentage of gaming activity conducted in:

| | | | |
|---|---|---|---|
| a | The organization's facility | 13a | % |
| b | An outside facility | 13b | % |

14  Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ _____

Address ▶ _____

15a  Does the organization have a contract with a third party from whom the organization receives gaming revenue? .............. ☐ Yes  ☐ No

b  If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____ .

c  If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

16  Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

_____

☐ Director/officer          ☐ Employee          ☐ Independent contractor

17  Mandatory distributions:

a  Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license? ................................................................................................ ☐ Yes  ☐ No

b  Enter the amount of distributions required under state law to be distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $

| **Part IV** | Supplemental Information. Provide the explanations required by Part I, line 2b, columns (iii) and (v), and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information (see instructions). |
|---|---|

Schedule G, Part I, Line 2b, List of Ten Highest Paid Fundraisers:

(i) Name of Fundraiser: Chapman Cubine Adams Hussey & Associates

(i) Address of Fundraiser: 1600 Wilson Blvd., Ste 300, Arlington, VA  22209

(i) Name of Fundraiser: M&R Strategic Services

(i) Address of Fundraiser: 2120 L Street, NW, Washington, DC  20037

Part I, Line 2b, Column (v):

432083 08-28-14

Schedule G (Form 990 or 990-EZ) 2014

Schedule G (Form 990 or 990-EZ)    AARP                                    95-1985500  Page 4

| Part IV | Supplemental Information *(continued)*

All fundraisers listed above do not raise funds directly for AARP, but provide counsel, services, and support to AARP's internal development office.


Schedule G, Part I, Line 2b, column IV

Chapman Cubine Adams Hussey & Associates:


Professional fees          $   598,212

Advertising costs              147,120

Miscellaneous costs              9,217

Printing & Postage           1,371,763


Total payments reported

on Schedule G             $2,126,312


M&R Strategic Services, Inc.:


Professional fees          $    84,000


Total payments reported

on Schedule G             $    84,000


432084
05-01-14

Schedule G (Form 990 or 990-EZ)

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" to Form 990, Part IV, line 21 or 22.

▶ Attach to Form 990.

▶ Information about Schedule I (Form 990) and its instructions is at www.irs.gov/form990.

OMB No. 1545-0047

**2014**

Open to Public Inspection

Name of the organization: **AARP**

Employer identification number: **95-1985500**

## Part I | General Information on Grants and Assistance

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?  ☒ Yes  ☐ No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" to Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| AARP Foundation<br>601 E Street, NW<br>Washington, DC 20049 | 52-0794300 | 501(C)(3) | 14,459,597. | 0. | | | General support |
| AARP Experience Corps<br>601 E Street, NW<br>Washington, DC 20049 | 26-3698436 | 501(C)(3) | 3,255,942. | 0. | | | General support |
| Legal Counsel for the Elderly<br>601 E Street, NW<br>Washington, DC 20049 | 52-1194741 | 501(C)(3) | 2,481,084. | 0. | | | General support |
| Board of Incorporators of the AME Church d/b/a Women's Missionary Society - 1134 11th Street, NW -<br>Washington, DC 20001 | 53-0204696 | 501(C)(3) | 20,000. | 0. | | | Sponsorship of the 2014 Executive Board Meeting President's Luncheon |
| American Geriatrics Society<br>40 Fulton Street, 18TH Pl<br>New York, NY 10038 | 13-1950856 | 501(C)(3) | 45,000. | 0. | | | General support |
| America's Charities<br>14150 Newbrook DR, Ste. 110<br>Chantilly, VA 20151 | 54-1517707 | 501(C)(3) | 663,239. | 0. | | | AARP gift matching program partner |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ............................................ ▶ 50.

3  Enter total number of other organizations listed in the line 1 table ............................................ ▶ 8.

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.

See Part IV for Column (h) descriptions

Schedule I (Form 990) (2014)

432101
10-15-14

31

Schedule I (Form 990)    AARP

95-1985500    Page 1

Part II    Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Arkansas Dream Center, Inc. 1116 W. Daisy L Gatson Bates Dr. Little Rock, AR 72202 | 27-0730530 | 501(C)(3) | 10,000. | 0. | | | Donation for Arkansas flood victims |
| Asian American Federation, Inc. 120 Wall Street New York, NY 10005 | 13-3572287 | 501(C)(3) | 25,000. | 0. | | | General support |
| Asian American Journalist Association - 5 Third Street, 1108 - San Francisco, CA 94103 | 95-3755203 | 501(C)(3) | 25,000. | 0. | | | Donation for fellowship to support AARP's Asian American outreach initiative. |
| Balm in Gilead, Inc. 4108 East Parham Road Richmond, VA 23228 | 13-3696064 | 501(C)(3) | 50,000. | 0. | | | General support |
| Asian Americans Advancing Justice Association - 1140 Connecticut Avenue, NW STE 1200 - Washington, DC 20036 | 13-3619000 | 501(C)(3) | 12,500. | 0. | | | General support |
| Associated Black Charities, Inc. 1114 Cathedral Street Baltimore, MD 21201 | 52-1427774 | 501(C)(3) | 25,000. | 0. | | | Donation to support the Volunteer Career Mentoring Program |
| Black Womens Agenda, Inc. 5335 Wisconsin Ave, NW #440 Washington, DC 20015 | 52-1139558 | 501(C)(3) | 92,799. | 0. | | | General support |
| Board of Hispanic Caucus Chairs 1001 Congress Ave, STE 100 Austin, TX 78701 | 20-2075553 | 501(C)(3) | 50,000. | 0. | | | Sponsorship of the BHCC 9th Annual Conference |
| Stanford University (Center of Longevity) - PO Box 44253 - San Francisco, CA 94144 | 94-1156365 | 501(C)(3) | 25,000. | 0. | | | Grant for conducting research on the impact of heightened emotions on financial |

Schedule I (Form 990)

32

423241
05-01-14

Schedule I (Form 990)   AARP

Page 1

95-1985500

**Part II** Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| United Methodist Committee on Relief - 475 Riverside Drive - New York, NY 10115 | 13-5562279 | 501(C)(3) | 10,000. | 0. | | | General support |
| Citizen's Advocacy Center 1400 16th Street, NW Ste, 101 Washington, DC 20036 | 52-1856543 | 501(C)(3) | 20,000. | 0. | | | General support |
| Center for Community Change 1536 U Street, NW Washington, DC 20009 | 52-0888113 | 501(C)(3) | 10,000. | 0. | | | General support |
| Center for Medicare Advocacy, Inc. PO Box 350 Willimantic, CT 06226 | 06-1172509 | 501(C)(4) | 7,000. | 0. | | | General support |
| Community Foundation of the Napa Valley - 3299 Claremont Way, Ste #2 - Napa, CA 94558 | 68-0349777 | 501(C)(3) | 25,000. | 0. | | | Disaster relief efforts |
| Congressional Hispanic Caucus Institute - 911 2nd Street, NE - Washington, DC 20002 | 52-1114225 | 501(C)(3) | 12,500. | 0. | | | 2014 Sponsorship and general support |
| Creative Coalition 360 Park Avenue, South, 11th Pl New York, NY 10010 | 13-3517803 | 501(C)(3) | 118,500. | 0. | | | General support |
| Cuban American National Council, Inc. - 1223 SW, 4th Street, 2ND Pl - Miami, FL 33135 | 23-7269955 | 501(C)(3) | 30,000. | 0. | | | Support for the 2014 "Asunto de Equilirio" / "Matter of Balance Program" |
| Economic Opportunity Institute 1900 N North Lake Way Seattle, WA 98103 | 91-1999302 | 501(C)(3) | 10,000. | 0. | | | Support for the private sector retirement savings concept: "Save Toward a Retirement Today. |

Schedule I (Form 990)

432241
05-01-14

Schedule I (Form 990)    AARP

95-1985500    Page 1

**Part II** Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Elizabeth Dole Foundation<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037 | 45-4292592 | 501(C)(3) | 10,000. | 0. | | | General support |
| Florida State University<br>A2200 University Center<br>Tallahassee, FL 32306 | 59-1961248 | 501(C)(3) | 10,000. | 0. | | | General support |
| Florida Taxwatch Research<br>Institute - 106 N Bronough St -<br>Tallahassee, FL 32301 | 59-1918055 | 501(C)(3) | 10,000. | 0. | | | General support |
| Greater Boston Food Bank, Inc.<br>70 South Bay Avenue<br>Boston, MA 02118 | 04-2717782 | 501(C)(3) | 60,000. | 0. | | | Donation to support the Greater Boston Food Bank event - Senior Brown Bag Packing at BCEC |
| Henry J Kaiser Family Foundation<br>2400 Sand Hill Road<br>Menlo Park, CA 94025 | 94-6064808 | 501(C)(3) | 85,000. | 0. | | | General support |
| Hispanic Federation Network<br>55 Exchange Place, 5th Fl<br>New York, NY 10005 | 13-3573852 | 501(C)(3) | 250,000. | 0. | | | Grant to support leadership centers and national outreach |
| Kappa Alpha Psi Fraternity, Inc.<br>2322 N Broad Street, #24<br>Philadelphia, PA 19132 | 23-1431779 | 501(C)(7) | 50,000. | 0. | | | Sponsorship of Leadership Conferences |
| LULAC Institute, Inc.<br>201 East Main, Ste 605<br>El Paso, TX 79901 | 52-2072106 | 501(C)(3) | 55,000. | 0. | | | Donation to support Latinos Living Healty Program |
| Milken Institute<br>1250 4th Street, 2nd Fl<br>Santa Monica, CA 90401 | 95-4240775 | 501(C)(3) | 50,000. | 0. | | | General support |

Schedule I (Form 990)

432241
05-01-14

34

Schedule I (Form 990)    AARP

95-1985500    Page 1

**Part II** Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Montanans for Free and Fair Elections – 500 N Higgins Avenue, Ste 103 – Missoula, MT 59802 | 46-2559616 | | 10,000. | 0. | | | Donation to organization for efforts to oppose Legislative Referendum 126 |
| Montgomery County Commission for Women – 21 Maryland Avenue, Ste 330 – Rockville, MD 20850 | 52-6009800 | | 7,500. | 0. | | | Support for the 2014 Women's Leadership Briefing |
| National Association of Regulatory Utilities – 1101 Vermont Avenue, Ste 200 – Washington, DC 20005 | 53-0204609 | 501(C)(4) | 25,500. | 0. | | | Sponsorship of events |
| National Association of Hispanic Nurses – PO Box 67545 – Phoenix, AZ 85082 | 86-0804548 | 501(C)(3) | 10,000. | 0. | | | Sponsorship to support "Educating Multicultural Communities on the Patient Protection & |
| National Forum of State Nursing Workforce Centers – 3520 Okemos Road, Ste6-160 – Okemos, MI 48864 | 46-1452701 | 501(C)(3) | 10,000. | 0. | | | Donation for NFSNWC's Annual Conference |
| National Hispanic Caucus of State Legislators – 444 N. Capitol St, NW, Ste 404 – Washington, DC 20001 | 84-1168319 | 501(C)(3) | 25,000. | 0. | | | Annual Memebership for the Business Board of Advisors |
| National Hispanic Foundation for the Arts – 1128 16th Street, NW – Washington, DC 20036 | 52-2055110 | 501(C)(3) | 20,000. | 0. | | | Sponsorship of Annual Gala |
| National Hispanic Leadership Agenda, Inc. – 815 16th Street, NW, 3rd Fl LCLAA – Washington, DC 20006 | 52-1729201 | 501(C)(3) | 60,000. | 0. | | | Funding to support various Hispanic Heritage Month outreach events |
| National Institute on Teacher Retirement – 1612 K Street, NW, Ste 500 – Washington, DC 20006 | 20-8705822 | 501(C)(3) | 10,000. | 0. | | | General support |

Schedule I (Form 990)

35

432241
05-01-14

Schedule I (Form 990)    AARP                                                                                              95-1985500    Page 1

**Part II** Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| National Quality Forum 1030 15th Street, NW, Ste 800 Washington, DC 20005 | 52-2175544 | 501(C)(3) | 15,000. | 0. | | | Sponsorship of the 2014 annual conference and membership meeting |
| National Coalition of Black Women, Inc. - 1925 Adam C Powell Jr. Blvd, Ste 1L - New York, NY 10026 | 13-3341206 | 501(C)(3) | 15,000. | 0. | | | Funding to support the 2014 Financial Security and Health and Wellness project |
| National Coalition on Health Care 1030 15th Street, NW, Ste 698 Washington, DC 20005 | 52-1687849 | 501(C)(3) | 45,000. | 0. | | | General support |
| Nevada Womens Fund 770 Smithridge Drive, Ste. 300 Reno, NV 89502 | 94-2860375 | 501(C)(3) | 10,000. | 0. | | | Donation to establish a scholarship fund for Women 50+. |
| Newport City Renaissance Corp 194 Main Street, Ste. 208 Newport, VT 05855 | 45-0565353 | 501(C)(6) | 6,000. | 0. | | | General support |
| | | | | | | | General support |
| North Carolina Institute of Medicine - 630 Davis Drive, Ste. 100 - Morrisville, NC 27560 | 96-7116093 | state agency | 25,000. | 0. | | | Grant to develop a plan for caring for people with alzheimers disease. |
| Pension Rights Center 1350 Connecticut Ave, NE, Ste 206 Washington, DC 20036 | 52-1059121 | 501(C)(3) | 30,000. | 0. | | | Support to promote state-administered retirement plans for private-sector employees. |
| San Diego Fire Rescue Foundation PO Box 235837 Encinitas, CA 92023 | 20-3461105 | 501(C)(3) | 10,000. | 0. | | | General support |
| Sister to Sister: Everyone has a Heart Foundation, Inc. - 4701 Willard Avenue, #221 - Chevy Chase, MD 20815 | 52-2276395 | 501(C)(3) | 15,000. | 0. | | | General support |

Schedule I (Form 990)

432241
05-01-14

Schedule I (Form 990)    **AARP**    Page 1

95-1985500

**Part II** | Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Skinner Leadership Institute 5875 Solomon's Island Road Tracy's Landing, MD 20779 | 52-1830868 | 501(C)(3) | 35,000. | 0. | | | General support |
| Smart Growth America 1707 L Street, NW, Ste. 250 Washington, DC 20036 | 27-0038938 | 501(C)(3) | 15,000. | 0. | | | General support |
| The Columbia Aging Center 722 West 168th Street New York, NY 10032 | 13-5598093 | 501(C)(3) | 6,000. | 0. | | | General support |
| University District Development Corporation - 2801 S. University Avenue - Little Rock, AR 72204 | 26-2424174 | 501(C)(3) | 9,585. | 0. | | | Grant to promote the Community Presence Project |
| Virginia Food System Council 1401 River Oaks Ridge Charlottesville, VA 22901 | 27-1649373 | 501(C)(3) | 10,100. | 0. | | | General support |
| National Employment Law Project 75 Maiden Lane, Ste 601 New York, NY 10038 | 13-2758558 | 501(C)(3) | 47,706. | 0. | | | Grant to support research on unemployment insurance for family caregivers. |
| Mathematica Policy Research, Inc. PO Box 2393 Princton, NJ 08543 | 22-2112296 | Corporation | 44,951. | 0. | | | Grant to support the collaboration to create a "scorecard" with the Commonwealth Fund and the |
| | | | | | | | |
| | | | | | | | |

Schedule I (Form 990)

432241
05-01-14

Schedule I (Form 990) (2014)    AARP    95-1985500    Page 2

**Part III**  Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" to Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of non-cash assistance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part IV**  Supplemental Information. Provide the information required in Part I, line 2, Part III, column (b), and any other additional information.

Part II, line 1, Column (h):

Name of Organization or Government:

Stanford University (Center of Longevity)

(h) Purpose of Grant or Assistance: Grant for conducting research on the

impact of heightened emotions on financial decision-making.

Name of Organization or Government:

Montgomery County Commission for Women

(h) Purpose of Grant or Assistance: Support for the 2014 Women's

38

432102 10-15-14    Schedule I (Form 990) (2014)

Schedule I (Form 990)    **AARP**                                    95-1985500 Page 2

| Part IV | Supplemental Information |

Leadership Briefing

Sponsorship of the 2014 Women's Legislative Briefing


Name of Organization or Government:

National Association of Hispanic Nurses

(h) Purpose of Grant or Assistance: Sponsorship to support "Educating

Multicultural Communities on the Patient Protetion & Affordable Care Act"


Name of Organization or Government: Mathematica Policy Research, Inc.

(h) Purpose of Grant or Assistance: Grant to support the collaboration

to create a "scorecard" with the Commonwealth Fund and the SCAN

Foundation in helping states identify gaps in long-term services and

support for the elderly.


Schedule I, Part II

AARP'S Public Outreach Office requires all departments to submit a

two-page form detailing the donee organization, its mission, and how

the contribution will support AARP's goals.  The Public Outreach Office

approves and tracks the contribution requests that best leverage

relationships and advance AARP's mission.

432291
05-01-14

Schedule I (Form 990)

39

| SCHEDULE J (Form 990) | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| | For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees | **2014** |
| Department of the Treasury Internal Revenue Service | ► Complete if the organization answered "Yes" on Form 990, Part IV, line 23. ► Attach to Form 990. ► Information about Schedule J (Form 990) and its instructions is at *www.irs.gov/form990* | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

| Part I | Questions Regarding Compensation |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

[X] First-class or charter travel       [ ] Housing allowance or residence for personal use
[X] Travel for companions       [ ] Payments for business use of personal residence
[X] Tax indemnification and gross-up payments       [ ] Health or social club dues or initiation fees
[ ] Discretionary spending account       [ ] Personal services (e.g., maid, chauffeur, chef)

| | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | X | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked in line 1a? | **2** | X | |
| **3** Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

[X] Compensation committee       [X] Written employment contract
[X] Independent compensation consultant       [X] Compensation survey or study
[ ] Form 990 of other organizations       [X] Approval by the board or compensation committee

| | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed in Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? | **4a** | X | |
| **b** Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | X | |
| **c** Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | X |
| If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9. | | | |
| **5** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization? | **5a** | X | |
| **b** Any related organization? | **5b** | X | |
| If "Yes" to line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization? | **6a** | | X |
| **b** Any related organization? | **6b** | | X |
| If "Yes" to line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed in Form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** | | X |
| **8** Were any amounts reported in Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** | | X |
| **9** If "Yes" to line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**       Schedule J (Form 990) 2014

432111
10-13-14

Schedule J (Form 990) 2014    AARP    95-1985500    Page 2

**Part II** | Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii).
Do not list any individuals that are not listed on Form 990, Part VII.

Note. The sum of columns (B)(i)–(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred in prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) Jo Ann Jenkins<br>CBO 9/14, COO until 9/14 | (i) | 502,692. | 115,926. | 10,840. | 51,922. | 18,297. | 699,677. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (2) Addison B. Rand<br>CEO until 9/1/2014 | (i) | 909,185. | 245,383. | 474,264. | 51,922. | 17,535. | 1,698,289. | 302,500. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (3) Robert R. Hagans, Jr.<br>Chief Financial Officer | (i) | 373,117. | 49,412. | 3,804. | 51,922. | 18,298. | 496,553. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (4) Nancy A. LeaMond<br>EVP State and National Gro | (i) | 479,357. | 148,051. | 3,804. | 51,922. | 1,914. | 685,048. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (5) Emilio Pardo<br>EVP & Chief Brand Officer | (i) | 394,684. | 155,272. | 1,482. | 45,207. | 11,772. | 608,417. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (6) Steven Cone<br>EVP Integrated Value & Str | (i) | 386,152. | 112,293. | 3,564. | 41,522. | 11,472. | 555,003. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (7) Kevin Donnellan<br>EVP & Chief of Staff | (i) | 345,519. | 99,257. | 2,562. | 51,922. | 11,472. | 510,732. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (8) Cynthia Lewin<br>EVP & General Counsel | (i) | 334,974. | 95,208. | 2,300. | 51,922. | 18,626. | 503,030. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (9) Nancy Smith<br>EVP & Corporate Secretary | (i) | 322,584. | 95,805. | 2,481. | 49,322. | 1,889. | 472,081. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (10) Lorraine Cortes-Vazquez<br>EVP Multi Market & Engagem | (i) | 309,445. | 85,837. | 3,585. | 51,922. | 11,418. | 462,207. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (11) Debra Whitman<br>EVP Policy & International | (i) | 304,702. | 87,820. | 729. | 51,922. | 18,229. | 463,402. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (12) Terry Bradwell<br>EVP Chief Information Officer | (i) | 279,300. | 80,416. | 1,020. | 41,522. | 11,342. | 413,600. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (13) Harroll Backus<br>EVP States and Communities | (i) | 272,576. | 74,880. | 2,874. | 51,922. | 11,325. | 413,577. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (14) Richard Randazzo<br>EVP Chief Human Resources | (i) | 197,813. | 107,169. | 19,283. | 51,922. | 6,693. | 382,880. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (15) Scott Frisch<br>EVP & COO as of 10/1/14 | (i) | 46,538. | 0. | 213. | 0. | 3,038. | 49,789. | 0. |
| | (ii) | 254,057. | 77,719. | 601. | 51,922. | 15,181. | 399,480. | 0. |
| (16) Melvin Radowitz<br>Associate General Counsel | (i) | 145,893. | 53,426. | 260,965. | 39,804. | 4,254. | 504,342. | 0. |
| | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |

432112
10-13-14

Schedule J (Form 990) 2014

Schedule J (Form 990) 2014    AARP     95-1985500     Page 2

**Part II** Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

Note. The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B)(i) Base compensation | (B)(ii) Bonus & incentive compensation | (B)(iii) Other reportable compensation | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred in prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| (17) John Edward Ellison | (i) | 52,020. | 59,842. | 299,694. | 22,339. | 1,399. | 435,294. | 0. |
| SVP - Treasurer | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (18) Michael Schuster | (i) | 67,978. | 57,967. | 275,863. | 25,151. | 5,265. | 432,224. | 0. |
| Associate General Counsel | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (19) Myrna Blyth | (i) | 316,228. | 80,759. | 10,503. | 51,922. | 1,874. | 461,286. | 0. |
| SVP Editorial Director | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (20) Lynn Mento | (i) | 291,595. | 71,279. | 1,431. | 51,922. | 1,461. | 417,688. | 0. |
| SVP 50+ Member Experience | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |

432112 10-13-14

42

Schedule J (Form 990) 2014

Schedule J (Form 990) 2014      AARP                                    95-1985500      Page 3

**Part III** | **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

Part I, Line 1a:

AARP board members, officers, and key employees are provided the benefit of

first-class travel on flights exceeding 5 hours when business class

accommodations are not available. Directors may also use first-class travel

if prior approval is obtained from the Corporate Secretary's Office due to

medical reasons or for especially late-night arrival, or if approved by the

Board Chair. The AARP Chief Executive Officer is provided the benefit of

first-class travel on flights exceeding 90 minutes due to the extensive

travel requirements of the position.

In 2014, 11 board members used first-class travel. All directors for AARP

serve on a volunteer basis and are not compensated for their generous

commitment to AARP. The officers, directors, and key employees are,

however, reimbursed by AARP for travel and subsistence costs incurred in

carrying out their duties. In addition, directors are reimbursed for travel

and subsistence costs incurred for spouses/companions accompanying them to

Association functions. The board members receive a gross-up payment to

ensure there are no out-of-pocket expenses related to the income taxes for

the spouse/companion travel. All spouse/companion travel reimbursements and

Schedule J (Form 990) 2014

432113
10-13-14

43

Schedule J (Form 990) 2014     AARP     95-1985500     Page 3

**Part III  Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

tax gross-up payments are treated as taxable income to the directors.

The Chief Executive Officer of AARP was given the following benefits in 2014:

Jo Ann Jenkins:

1) group-term life and supplemental life insurance policy, premiums paid by AARP in 2014 were $7,247.00;

2) spousal travel of $3,352.51; and

3) parking benefits of $240.00

All items were treated as taxable compensation to Ms. Jenkins in 2014.

Addison B. Rand:

1) supplemental retirement payment of $388,188.00;

2) vacation and health insurance payment of $57,191.55;

3) group-term life and supplemental life insurance policy, premiums paid by AARP in 2014 were $23,062.64;

4) spousal travel of $5,486.52; and

5) parking and miscellaneous benefits of $335.49

Schedule J (Form 990) 2014

432113
10-13-14

44

Schedule J (Form 990) 2014     AARP                      95-1985500           Page 3

**Part III** | **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

All items were treated as taxable compensation to Mr. Rand in 2014.

Part I, Lines 4a-b:

Melvin Radowitz received a separation package in the amount of $238,340.56
in 2014.

John Ellison received a separation package in the amount of of $272,186.79
in 2014.

Michael Schuster received a separation package in the amount of $260,424.39
in 2014.

Barry Rand recieved a supplemental retirement payment in the amount of
$388,188.00 in 2014.

Part I, Line 5:

Under AARP's enterprise-wide compensation plan numerous organizational
factors are considered in employee compensation, of which gross revenues is
one factor.

Schedule J (Form 990) 2014

432113
10-13-14

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**
Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Information about Schedule O (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990.*

OMB No. 1545-0047

**2014**

Open to Public
Inspection

Name of the organization
**AARP**

Employer identification number
95-1985500

Form 990, Part I, Line 1, Description of Organization Mission:


all as we age. AARP champions positive social change and delivers value

through advocacy, information, and service. AARP's vision is a society

in which everyone lives with dignity and purpose, and fulfills their

goals and dreams.


Form 990, Part III, Line 1, Description of Organization Mission:

purpose, and fulfills their goals and dreams.


Form 990, Part III, Line 4c, Program Service Accomplishments:

AARP's primary age segments (50-59, 60-69, and 70 and over).


Form 990, Part III, Line 4d, Other Program Services:

The States and Communities Group (S&C) has established a field office

in every state, the District of Columbia, Puerto Rico, and the Virgin

Islands. S&C drives social change through advocacy, education, and

outreach. These 53 offices coordinate AARP's local efforts and provide

a structure that delivers personalized services and programs to members

and other older Americans in their homes and communities. These

offices offer needed assistance, information, and support to older

Americans. They also fill many of the gaps in services that families,

communities, and government are unable to address, enabling older

persons to maintain their independence and dignity.

Expenses $ 121,929,962.   including grants of $ 495,076.   Revenue $ 0.

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.        Schedule O (Form 990 or 990-EZ) (2014)
432211
08-27-14

Schedule O (Form 990 or 990-EZ) (2014)                                                    Page **2**

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

Education and Outreach - AARP researches and identifies certain
strategic areas and focuses its activities and resources to develop
programs, provide/produce information, and conduct studies on three key
issues affecting 50+ Americans: health & family, financial security,
and livable communities.

Expenses $ 69,225,476.   including grants of $ 235,298.   Revenue $ 0.


Legislative Activities and Public Policy - Through AARP's Government
Affairs Group, State Executive Councils, and AARP advocacy volunteers,
AARP works to raise awareness and advocates on behalf of the people it
serves pertaining to a variety of issues, including affordable health
care for all Americans; intergenerational campaigns; ensuring the
solvency of Social Security for current and future retirees; ensuring
the long-term solvency of Medicare and prescription drug coverage;
informing members and consumers about Medicare health insurance and
related issues; independent living and long-term care; employment and
job seeking for older workers; and financial security in retirement.

Expenses $ 65,986,333.   including grants of $ 181,057.   Revenue $ 42,000.


Life Reimagined is a first-of-its-kind series of online and offline
experiences to help people reflect, evaluate priorities, and take
action to live their best life. The purpose of Life Reimagined is to
provide a personal guidance system to help people navigate transitions
and live life to the fullest.


Life Reimagined was launched by AARP in 2013 to bring together the best
thinkers, the latest resources and the collective power of community to
spark a movement to engage people of all ages in asking the fundamental

432212
08-27-14

47

Schedule O (Form 990 or 990-EZ) (2014)

Page 2

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

question, "What's next for me?"

Life Reimagined is rooted in a simple methodology of six practices (reflect, connect, explore, choose, repack and act) that guide people through change. Start where you are in your life, and see where the possibilities lead you. More information is available at www.LifeReimagined.org.

Expenses $ 36,776,213.    including grants of $ 118,500.    Revenue $ 211,880

AARP Member Event

Expenses $ 14,377,535.    incl grants of $ 60,000.    Revenue $ 2,260,702.

AARP Drivers' Safety Program

Expenses $ 8,129,004.    including grants of $ 0.    Revenue $ 8,323,883.

Various Other Programs

Expenses $ 9,035,929.    including grants of $ 1,491,210.    Revenue $ 1,030.

Cash Contributions to Affiliated Charitable Orgranizations:

AARP Foundation - 14,458,597

Experience Corps - 3,262,250

Legal Counsel for the Elderly - 2,479,111

Expenses $ 20,199,958.    including grants of $ 20,193,123.    Revenue $ 0.

The Office of Volunteer and Civic Engagement (OVCE) seeks to motivate unprecedented numbers of 50+ Americans to actively participate in bringing about positive social change in America. The OVCE initiates service through: Create the Good, which connects individuals to a

432212
08-27-14

Schedule O (Form 990 or 990-EZ) (2014)

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

network of people, tools, and time-flexible volunteer opportunities;

Day of Service, which AARP employees engage in community service;

Andrus Awards for Community Service recognizes AARP volunteers who have

made a difference in the communities in ways that supports AARP's

mission, visions, and direction; AARP Chapters link members with

community programs and services.

Expenses $ 7,830,027.    including grants of $ 0.    Revenue $ 51.


Form 990, Part V, Line 4b, List of Foreign Countries:

Denmark, Indonesia, Israel, South Korea


Form 990, Part VI, Section B, line 11:

The Form 990 is prepared and reviewed in AARP's internal tax department.

The return is then put through a secondary review which includes the AARP

Controller and AARP General Counsel.  After this thorough review process,

the Form 990 is distributed to the Board of Directors for their review.

After all issues are addressed the return is reviewed by the Chief

Operating Officer prior to electronically filing with the Internal Revenue

Service.


Form 990, Part VI, Section B, Line 12c:

Annually, all board members and employees (including officers) are required

to review the Code of Conduct, formally acknowledge their understanding of

the Code, and disclose any real or potential conflicts of interest.

Disclosures are reviewed by appropriate management (or in the case of a

board member, the Board Chair, and if necessary, the Governance Committee),

and the Ethics & Compliance Office.  The appropriate resolution plan is

implemented (for example, recusal from participating in any deliberations

Schedule O (Form 990 or 990-EZ) (2014)                                                                          **Page 2**

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

and decisions relevant to the disclosure). The Ethics & Compliance Office

monitors compliance with these requirements and ensures proper follow-up as

needed.


Form 990, Part VI, Section B, Line 15a:

AARP considers relevant for-profit and not-for-profit data since this is

the landscape in which AARP competes for talent. Establishing the

appropriate compensation for positions and jobs considers external market

pricing (where possible) from an independent, third party compensation

consulting firm, internal criteria, and an individual's actual performance

and contribution. Internal criteria is based on a standard approach that

measures the internal value of positions, including: complexity and scope

of responsibility, skill set and competencies, education and experience,

and the reporting relationship of the position.  An individual's actual

performance and contribution is measured through AARP's performance

management approach and then rewarded through AARP's annual base pay merit

and incentive awards programs.


For the CEO, information from all three areas (external data, internal

data, individual performance and contribution) is submitted to the Board of

Directors for review and approval.  In some cases, the Board may deal

directly with the independent, third party compensation consulting firm on

external market pricing.  The individual in this position may have legal

representation and may insist on an employment contract with terms that are

mutually agreed upon by the individual and the Board.


Form 990, Part VI, Section C, Line 19:

AARP makes its Form 990 available on its website at www.aarp.org or upon

Schedule O (Form 990 or 990-EZ) (2014)                                                    Page **2**

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

request to the General Counsel's Office. AARP's audited financial
statements and conflict of interest policy are also available on its
website at www.aarp.org. AARP's Form 1024 will be made public upon request
to AARP's Office of General Counsel. All other governing documents will be
made available to the public in the event those documents are included in a
filing with the Internal Revenue Service.


Form 990, Part VII, Section B, Line 1

Based on a confidentiality provision in the contract with Hendrick
Motorsports, the amount paid by AARP cannot be disclosed.



Form 990, Part IX, Line 11g, Other Fees:

Consulting and Professional Services:

| | |
|---|---|
| Program service expenses | 117,541,030. |
| Management and general expenses | 29,055,287. |
| Fundraising expenses | 59,191. |
| Total expenses | 146,655,508. |

Member Call Centers:

| | |
|---|---|
| Program service expenses | 16,731,249. |
| Management and general expenses | 48,798. |
| Fundraising expenses | 0. |
| Total expenses | 16,780,047. |
| Total Other Fees on Form 990, Part IX, line 11g, Col A | 163,435,555. |


Form 990, Part XI, line 9, Changes in Net Assets:

| | |
|---|---|
| Actuarial adjustment to pension plan discount rate | -185,351,451. |

432212
05-27-14

Schedule O (Form 990 or 990-EZ) (2014)

Schedule O (Form 990 or 990-EZ) (2014)

Page 2

| Name of the organization | Employer identification number |
|---|---|
| AARP | 95-1985500 |

Schedule R, Part V, Question 2, Transactions with Related Organizations

The AARP Insurance Plan is a grantor trust established by an Agreement

and Declaration of Trust for the purpose of making group health

insurance and other health-related products and services available to

AARP, Inc. members.  Agreements between AARP, Inc., AARP Services,

Inc., and several insurance companies enable AARP-branded insurance

products to be made available to AARP members.

At the direction of the third party insurance carriers, the Plan pays

AARP, Inc. a portion of the total premiums collected for the use of its

intellectual property, which is reported as royalties in the

consolidated statements of activities.

SCHEDULE R
(Form 990)

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

► Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
► Attach to Form 990.
► Information about Schedule R (Form 990) and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

## 2014

Open to Public Inspection

**Name of the organization**
AARP

**Employer identification number**
95-1985500

**Part I**  Identification of Disregarded Entities Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| AARP Properties LLC – 95-1985500<br>601 E Street, NW<br>Washington, DC 20049 | Real estate holding company | Delaware | 0. | 122,843,859. | AARP |
| AARP 650 F 2-3 LLC – 95-1985500<br>601 E Street, NW<br>Washington, DC 20049 | Real estate holding company | Delaware | 0. | 13,883,236. | AARP |
| AARP 650 F 4-5 LLC – 95-1985500<br>601 E Street, NW<br>Washington, DC 20049 | Real estate holding company | Delaware | 0. | 12,910,038. | AARP |
| AARP Carson Place LLC – 95-1985500<br>601 E Street, NW<br>Washington, DC 20049 | Real estate holding company | Delaware | 0. | 0. | AARP |

**Part II**  Identification of Related Tax-Exempt Organizations Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| AARP Foundation – 52-0794300<br>601 E Street, NW<br>Washington, DC 20049 | Foundation dedicated to persons over 50 at social and economic risk | District of Columbia | 501 (c)(3) | 509(a)(1) | AARP | | X |
| AARP Institute – 52-0788950<br>601 E Street, NW<br>Washington, DC 20049 | Supporting org of AARP Fdn holding certain charitable gift annuity funds | District of Columbia | 501 (c)(3) | 509(a)(3) | AARP Foundation | | X |
| Legal Counsel for the Elderly – 52-1194741<br>601 E Street, NW<br>Washington, DC 20049 | Provides free or low cost legal assistance and education to DC elderly | District of Columbia | 501 (c)(3) | 509(a)(1) | AARP | | X |
| AARP Experience Corps – 26-3698436<br>601 E Street, NW<br>Washington, DC 20049 | Engages adults aged 50+ as tutors & mentors for school children nationwide | District of Columbia | 501 (c)(3) | 509(a)(1) | AARP Foundation | | X |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     **Schedule R (Form 990) 2014**

See Part VII for Continuations

432161
08-14-14  LHA

53

Schedule R (Form 990)    **AARP**

95-1985500

**Part I**  Continuation of Identification of Disregarded Entities

| (a) Name, address, and EIN of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| AARP Watson Plaza LLC - 95-1985500 601 E Street, NW Washington, DC  20049 | Real estate holding company | Delaware | 0. | 19,072,996. | AARP |
| AARP Andrus Insurance Fund LLC - 95-1985500 601 E Street, NW Washington, DC  20049 | Insurance captive | District of Columbia | 1,225,277. | 5,361,698. | AARP |
| Life Reimagined LLC - 46-2850578 601 E Street, NW Washington, DC  20049 | Assist people in transitioning their lives to reach their personal | District of Columbia | 217,880. | 14,271,967. | AARP |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

432221
05-01-14

Schedule R (Form 990)    AARP    95-1985500

**Part II**    Continuation of Identification of Related Tax-Exempt Organizations

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled organization? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| AARP Insurance Plan - 52-6069387 601 E Street, NW Washington, DC  20049 | Grantor Trust holding certain AARP group health insurance policies | District of Columbia | 501 (c)(4) | | AARP | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

432223
05-01-14

Schedule R (Form 990) 2014    AARP

95-1985500    Page 2

**Part III** Identification of Related Organizations Taxable as a Partnership Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes / No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes / No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Part IV** Identification of Related Organizations Taxable as a Corporation or Trust Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes / No |
|---|---|---|---|---|---|---|---|---|
| AARP Financial Services Corporation - 52-1367607, 601 E Street, NW, Washington, DC 20049 | Real estate holding company | DE | AARP | C CORP | 1,254,292. | 8,759,846. | 100% | X |
| AARP Services, Inc. (consolidated) - 52-2141065, 650 F Street, NW, Washington, DC 20004 | Quality control and research | DE | AARP | C CORP | 119,373,763. | 87,837,527. | 100% | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

432162 08-14-14

56

Schedule R (Form 990) 2014

Schedule R (Form 990) 2014   AARP

95-1985500   Page 3

## Part V   Transactions With Related Organizations Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

Note. Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| 1 During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| a Receipt of (i) interest, (ii) annuities, (iii) royalties, or (iv) rent from a controlled entity | 1a | | X |
| b Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| c Gift, grant, or capital contribution from related organization(s) | 1c | | X |
| d Loans or loan guarantees to or for related organization(s) | 1d | | X |
| e Loans or loan guarantees by related organization(s) | 1e | | X |
| f Dividends from related organization(s) | 1f | | X |
| g Sale of assets to related organization(s) | 1g | | X |
| h Purchase of assets from related organization(s) | 1h | | X |
| i Exchange of assets with related organization(s) | 1i | | X |
| j Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| k Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| l Performance of services or membership or fundraising solicitations for related organization(s) | 1l | X | |
| m Performance of services or membership or fundraising solicitations by related organization(s) | 1m | X | |
| n Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | X | |
| o Sharing of paid employees with related organization(s) | 1o | | X |
| p Reimbursement paid to related organization(s) for expenses | 1p | X | |
| q Reimbursement paid by related organization(s) for expenses | 1q | X | |
| r Other transfer of cash or property to related organization(s) | 1r | | X |
| s Other transfer of cash or property from related organization(s) | 1s | X | |

2 If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a) Name of related organization | (b) Transaction type (a-s) | (c) Amount involved | (d) Method of determining amount involved |
|---|---|---|---|
| (1) AARP Foundation (cash contributions) | B | 14,459,597. | cash paid |
| AARP Foundation (subgrants for charitable (2) activities) | C | 5,822,895. | grant agreements |
| (3) AARP Foundation (bond standby agreement) | D | 25,000,000. | in the event of default |
| (4) AARP Foundation (in-kind shared services) | L | 18,091,058. | allocable costs incurred |
| (5) AARP Foundation (in-kind advertising) | L | 4,599,780. | publication space FMV |
| (6) AARP Foundation (telephone) | Q | 5,544. | costs incurred |

432163 08-14-14

57

Schedule R (Form 990) 2014

Schedule R (Form 990)   AARP

95-1985500

**Part V**  Continuation of Transactions With Related Organizations (Schedule R (Form 990), Part V, line 2)

| (a) Name of other organization | (b) Transaction type (a-r) | (c) Amount involved | (d) Method of determining amount involved |
|---|---|---|---|
| (7) AARP Foundation (building maintenance) | Q | 673,183. | costs incurred |
| (8) AARP Foundation (mailing list) | N | 0. | see supplemental information |
| (9) AARP Foundation (dual employee reimbursement) | P | 306,420. | actual salaries for time reported |
| (10) AARP Foundation ($16k national event and $25k annual fee line of credit) | S | 41,250. | cash paid |
| (11) AARP Foundation (worker's compensation insurance) | S | 425,503. | cash paid |
| (12) Legal Counsel for the Elderly (cash contributions) | B | 2,481,084. | cash paid |
| (13) Legal Counsel for the Elderly (in-kind contributions) | L | 3,064,192. | allocable costs incurred |
| (14) Legal Counsel for the Elderly (in-kind rent) | N | 395,371. | costs incurred |
| (15) Legal Counsel for the Elderly (telephone) | Q | 3,713. | costs incurred |
| (16) AARP Experience Corps (cash contributions) | B | 3,255,942. | cash paid |
| (17) AARP Experience Corps (in-kind shared services) | L | 3,883,026. | allocable costs incurred |
| (18) AARP Experience Corps (in-kind rent) | N | 188,383. | costs incurred |
| (19) AARP Experience Corps (telephone) | Q | 1,006. | costs incurred |
| (20) AARP Services, Inc. (advertising space) | L | 3,029,759. | FMV |
| (21) AARP Services, Inc. (shared services) | Q | 14,864,308. | costs incurred |
| (22) AARP Services, Inc. | M | 71,091,958. | FMV |
| (23) AARP Services, Inc. (rent) | A | 3,146,964. | costs incurred |
| (24) AARP Services, Inc. (telephone, member event) | Q | 81,576. | FMV |

43225
05-01-14

Schedule R (Form 990)    AARP                                                                95-1985500

**Part V**  Continuation of Transactions With Related Organizations (Schedule R (Form 990), Part V, line 2)

| (a)<br>Name of other organization | (b)<br>Transaction<br>type (a-r) | (c)<br>Amount involved | (d)<br>Method of determining<br>amount involved |
|---|---|---|---|
| (7) AARP Services, Inc. (reimburse for pension plan contribution) | S | 1,631,435. | portion of plan funding |
| (8) AARP Services, Inc. (reimburse for post retirement health benefit) | S | 257,478. | portion of plan funding |
| (9) AARP Insurance Plan | S | 431,925,005. | see Schedule O |
| (10) | | | |
| (11) | | | |
| (12) | | | |
| (13) | | | |
| (14) | | | |
| (15) | | | |
| (16) | | | |
| (17) | | | |
| (18) | | | |
| (19) | | | |
| (20) | | | |
| (21) | | | |
| (22) | | | |
| (23) | | | |
| (24) | | | |

59

423225
05-01-14

Schedule R (Form 990) 2014    AARP    95-1985500    Page 4

**Part VI** | Unrelated Organizations Taxable as a Partnership Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a)<br>Name, address, and EIN<br>of entity | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or foreign<br>country) | (d)<br>Predominant income<br>(related, unrelated,<br>excluded from tax under<br>sections 512-514) | (e)<br>Are all<br>partners sec.<br>501(c)(3)<br>orgs.? | | (f)<br>Share of<br>total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Dispropor-<br>tionate<br>allocations? | | (i)<br>Code V-UBI<br>amount in box 20<br>of Schedule K-1<br>(Form 1065) | (j)<br>General or<br>managing<br>partner? | | (k)<br>Percentage<br>ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Schedule R (Form 990) 2014

432164
06-14-14

60

Schedule R (Form 990) 2014    **AARP**    95-1985500 Page 5

| Part VII | Supplemental Information |

Provide additional information for responses to questions on Schedule R (see instructions).

Part I, Identification of Disregarded Entities:

Name of Disregarded Entity:

Life Reimagined LLC

Primary Activity: Assist people in transitioning their lives to reach

their personal goals

432165 08-14-14

61

Schedule R (Form 990) 2014

**2014 DEPRECIATION AND AMORTIZATION REPORT**
Form 990 Page 10

990

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Buildings | | | | | | | | | | | |
| 62-3 | Terrell Place 650 F Building | 010305 | SL | 39.00 | 16 | 13209343. | | | 13209343. | 3962802. | | 440,311. |
| 11-5 | Terrell Place 650 F Building | 010305 | SL | 39.00 | 16 | 13379427. | | | 13379427. | 4013828. | | 445,981. |
| 15 | AARP Properties Building | 122000 | SL | 39.00 | 16 | 138329964 | | | 138329964 | 60102283. | | 4624296. |
| 17 | Carson Place Building | 120506 | SL | 39.00 | 16 | 17861316. | | | 17861316. | 4240563. | | 595,336. |
| | * 990 Page 10 Total Buildings | | | | | 182780050 | | 0. | 182780050 | 72319476. | 0. | 6105924. |
| | Furniture & Fixtures | | | | | | | | | | | |
| 1 | Furniture and Equipment Building | 010106 | SL | 7.00 | 16 | 88889425. | | | 88889425. | 67421927. | | 7822299. |
| 3 | Terrell Place 650 F Improvements | 010106 | SL | 10.00 | 16 | 2067342. | | | 2067342. | 1704211. | | 203,569. |
| 82-3 | Building Impro | 010106 | SL | 39.00 | 16 | 4994769. | | | 4994769. | 2752044. | | 506,937. |
| 9 | Terrell Place 650 F Furniture & Eq | 010106 | SL | 7.00 | 16 | 31,691. | | | 31,691. | 31,691. | | 0. |
| 12 | Terrell Place 650 F Building Impro | 010106 | SL | 10.00 | 16 | 4860841. | | | 4860841. | 3768816. | | 485,344. |
| 13 | AARP Properties Furniture & Equipme | 010105 | SL | 7.00 | 16 | 3096387. | | | 3096387. | 1364001. | | 287,769. |
| 16 | AARP Properties Building Improvemen | 010106 | SL | 10.00 | 16 | 26638741. | | | 26638741. | 13330394. | | 2604126. |
| 20 | Carson Place Building Improveme | 120108 | SL | 10.00 | 16 | 840,448. | | | 840,448. | 284,754. | | 90,142. |
| 21 | Carson Place Furniture & Equipme | 120108 | SL | 7.00 | 16 | 71,631. | | | 71,631. | 33,324. | | 7,161. |
| | * 990 Page 10 Total Furniture & Fixtur | | | | | 131491275 | | 0. | 131491275 | 90691162. | 0. | 12007347. |
| | Land | | | | | | | | | | | |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

61.1

428102
05-01-14

**2014 DEPRECIATION AND AMORTIZATION REPORT**
Form 990 Page 10

990

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Terrell Place 650 F 72-3 Land | 010305 | L | 39.00 | 16 | 3302336. | | | 3302336. | | | 0. |
| | Terrell Place 650 F 104-5 Land | 010305 | L | 39.00 | 16 | 3344857. | | | 3344857. | | | 0. |
| | AARP Properties 14 Land | 122000 | L | 39.00 | 16 | 35405471. | | | 35405471. | | | 0. |
| | 19 Carson Place Land | 120506 | L | 39.00 | 16 | 4433600. | | | 4433600. | | | 0. |
| | * 990 Page 10 Total Land | | | | | 46486264. | | 0. | 46486264. | 0. | 0. | 0. |
| | Management and General Leasehold 21 Improvements | 010106 | SL | 10.00 | 16 | 8569273. | | | 8569273. | 5460381. | | 697,145. |
| | 4 Vehicles | 010106 | SL | 5.00 | 16 | 167,335. | | | 167,335. | 167,335. | | |
| | Software 5 Development Costs | 010106 | SL | 3.00 | 16 | 155576516 | | | 155576516 | 77990858. | | 18675993. |
| | 26 Debt Issuance Costs | 122000 | | 360M | 43 | 1585368. | | | 1585368. | 669,620. | | 52,832. |
| | AARP PROPERTIES 27 LEASEHOLD IMPROVEME | 20112 | SL | 10.00 | 16 | 99,239. | | | 99,239. | 22,349. | | 9,921. |
| | AARP LRI Computer 28 Software | 030114 | SL | 3.00 | 16 | 15631078. | | | 15631078. | | | 3368435. |
| | * 990 Page 10 Total Management and Gen | | | | | 181628809 | | 0. | 181628809 | 84310543. | 0. | 22804326. |
| | * Grand Total 990 Page 10 Depr & Amor | | | | | 542386398 | | 0. | 542386398 | 247321181 | 0. | 40917597. |

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

(D) - Asset disposed

61.2

428102
05-01-14

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

## Depreciation and Amortization
### (Including Information on Listed Property)    990
▶ Attach to your tax return.
▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*

OMB No. 1545-0172

**2014**

Attachment
Sequence No. **179**

Name(s) shown on return

AARP

Business or activity to which this form relates

Form 990 Page 10

Identifying number

95-1985500

**Part I**   Election To Expense Certain Property Under Section 179 Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | 1 | 500,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 2,000,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (b) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12   ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**   Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | 40,864,765. |

**Part III**   MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2014 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here   ▶ ☐ | | |

**Section B – Assets Placed in Service During 2014 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only – see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C – Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 40,864,765. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

416251
01-08-15   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2014)

62

Form 4562 (2014)    AARP    95-1985500    Page 2

**Part V**  Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2014 tax year | | | | 43 | 52,832. |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 52,832. |

416252 01-08-15

63

Form 4562 (2014)