# ATTACHMENT D

AARP Confidential – Not for Distribution

# AARP Bylaws

Last amended: December 13, 2013

AARP Confidential – Not for Distribution

| **Table of Contents** | **Page** |
|---|---|
| Name | 3 |
| Purposes | 3 |
| Members | 3 |
| Affiliated Chapters and Groups | 3 |
| Board of Directors | 4 |
| Officers | 6 |
| Corporate Officers | 7 |
| Committees | 8 |
| Contracts, Checks, Deposits and Funds | 9 |
| Books and Records | 9 |
| Status | 9 |
| Fiscal Year | 10 |
| Biennium | 10 |
| Seal | 10 |
| Indemnification | 10 |
| Dissolution | 10 |
| Amendments to the Bylaws | 10 |

AARP Confidential – Not for Distribution

**Article I**
**Name**

The name of the corporation is AARP.

**Article II**
**Purposes**

The purposes of AARP shall be to promote the social welfare by:

1. Enhancing the quality of life for individuals as they grow older;

2. Furthering independence, dignity and purpose for individuals as they grow older;

3. Improving the image of aging.

**Article III**
**Members**

**Section 1. Classes of Members.** Membership in AARP shall consist of the following classes:

a) **Regular Membership.** Any person of the age of fifty (50) years or older and

b) **Associate Membership.** Any person who is a member of a group classified by the Board of Directors as eligible for associate membership.

**Section 2. Dues, Terms, Benefits, Rights, and Termination of Members.** Dues, terms, benefits, rights, and termination of members shall be determined by the Board of Directors or management as provided by general resolution. All members who participate in activities covered by federal election laws shall pay dues. AARP has no members as defined in D.C. Code §29-401.02(24) and successor provisions.

**Article IV**
**Affiliated Chapters and Groups**

**Section 1. Recognition.** The Board of Directors shall have the power and authority to recognize and certify local chapters or groups, whose standards, policies and procedures are consistent with the purposes and function of AARP. The independent identity and finances of AARP shall not be diminished or removed in any degree from the control of AARP's Board of Directors. Such chapters or groups shall be responsible for managing their own affairs. AARP shall not be responsible for the financial obligations of such chapters or groups or their officers, directors or members.

**Section 2. Disaffiliation.** The Board of Directors of AARP may disaffiliate with a chapter or group for cause.

AARP Confidential – Not for Distribution

## Article V
## Board of Directors

**Section 1. General Powers.** Except as otherwise provided by law or in these Bylaws, the direction of the affairs and resources of AARP shall be vested in the Board of Directors, and it shall elect directors. The Board of Directors may by general resolution delegate to officers of AARP and to committees such powers as it elects.

**Section 2. Eligibility.** Members of the AARP Board of Directors must be a Regular member as set forth in Article III, Section (a).

**Section 3. Number.** The number of directors may be within the range of 19 to 21 directors including the President and President-Elect.

**Section 4. Terms.**

(a) A director who is elected in 2014 and after shall serve for a term of two years. Terms start at the beginning of the biennium, which begins immediately after the regularly scheduled Board of Directors spring meeting of each even-numbered year. These directors are eligible to serve up to an additional three terms.

(b) ) Each director elected before 2014 shall be entitled to complete the remainder of the term to which that director was elected unless removed by the Board of Directors before the expiration of that director's term. These directors are not eligible for re-election but may serve up to an additional four years beyond their terms if needed to accommodate serving as President-Elect and President.

(c) The Board of Directors shall establish a procedure for the nomination of directors. A director elected to complete the term created by a vacancy in an unexpired term, shall not be considered as having served that term, provided the director shall have served less than one half of such unexpired term.

(d) Every director shall serve and discharge his/her duties until his/her successor is elected. Each member of the Board of Directors, upon election, shall resign any AARP-appointed volunteer position, or any AARP chapter or RTA unit leadership position, held by such person as soon as feasible after his/her election to the Board.

**Section 5. Resignation.** Any director may resign at any time by giving written notice to the President. Such resignation shall take effect at the time specified therein, or, if no time is specified, at the time of acceptance thereof as determined by the President or Board of Directors.

**Section 6. Removal.** The Board of Directors may remove any director before the expiration of the term for which the director has been elected, with or without cause, by a two-thirds (2/3) majority vote of directors.

AARP Confidential – Not for Distribution

**Section 7. Vacancies.** A vacancy on the Board of Directors shall arise upon death, resignation, removal, disqualification, declination to serve as a director, or upon the continued absence of a director from three (3) or more consecutive regular meetings if such absence is declared by the Board to cause a vacancy. Any vacancy on the Board of Directors may be filled for the unexpired term by a majority vote of the remaining directors or if preferable, during the next director election cycle at the beginning of a biennium.

**Section 8. Meetings.**
(a) The Board of Directors shall provide by resolution the time and place, whether within or without the District of Columbia, for the holding of the annual meeting of the Board in the spring of each year, and any other regular meetings of the Board.

(b) Special meetings of the Board of Directors may be called by the Chair of the Board or the President, or by a majority of the voting directors then in office, who may fix any place, whether within or without the District of Columbia, as the place for holding any special meeting.

**Section 9. Notice.** Notice of any meeting of the Board of Directors shall be given at least ten (10) days previous thereto by written notice delivered personally or sent by mail, facsimile, email, or other appropriate electronic transmission to each director at his/her address as shown by the records of AARP. If mailed, such notice shall be deemed to be delivered when deposited in the United States mail in a sealed envelope so addressed, with postage thereon prepaid. If notice be given by facsimile, email or other appropriate electronic transmission, such notice shall be deemed to be delivered when transmitted. Any director may waive notice of any meeting. The attendance of a director at any meeting shall constitute a waiver of notice of such meeting, except where a director attends a meeting for the express purpose of objecting to the transaction of any business because the meeting is not lawfully called or convened.

**Section 10. Quorum.** The presence of a majority of the Board of Directors shall constitute a quorum for the transaction of business at any meeting of the Board; but if less than a majority of the directors are present at said meeting, a majority of the directors present must adjourn the meeting without further notice.

**Section 11. Manner of Acting.** The act of a majority of the directors shall be considered the act of the Board of Directors, unless the act of a greater number is required by law or by these Bylaws. Directors may attend a meeting by telephonic or similar equipment by means of which all persons participating in the meeting can hear each other.

**Section 12. Informal Action.** Any action required by law to be taken at a meeting of directors, or any action that may be taken at a meeting of directors, may be taken without a meeting if a consent in writing, setting forth the action so taken, shall be signed by all of the directors.

**Section 13. Compensation.** Directors shall not receive any salary for serving as a

director, but all reasonable expenses will be paid in carrying out official duties of the Board. AARP may not loan money to, or guarantee a loan for, any non-employee officer or director or non-employee member of a committee, including advisory committees. Notwithstanding the foregoing, AARP may make advance payments pursuant to Article XV and in accordance with the D.C. Code §§ 29-406.50 through 29-406.58 and successor provisions.

**Section 14. Conflicts of Interest.** Conflicting interest transactions shall be governed by the AARP Board Governance Manual or other policies adopted by the Board not D.C. Code § 29-406.70 and successor provisions.

**Article VI**
**Officers**

**Section 1. Officers.** There shall be three types of officers: National, Board, and Corporate Officers. The Board of Directors may appoint such other officers or agents as it shall deem desirable, and such officers shall have the authority and perform the duties prescribed from time to time by the Board of Directors. The offices of Secretary/Treasurer and President may not be combined. Directors who serve as Board Officers have a limit of two two-year terms, for a total of four years, to serve in those positions. Directors may serve as either Chair or President-Elect, but not both at the same or different times.

   a) **National Officers.** The National Officers are the President-Elect and the President. The President-Elect is nominated and elected by the Board of Directors from among themselves. A National Officer shall not be eligible for re-election to the same office; and a person who has filled a National Officer position for more than one-half (1/2) of a term by reason of interim succession shall not thereafter be eligible for election to that office.

   b) **Board Officers.** The Board Officers of AARP shall be a Chair of the Board, a Vice Chair of the Board, and a Secretary/Treasurer of the Board, who are nominated and elected by the Board Members from among themselves.

   c) **Corporate Officers.** The Corporate Officers shall be the Chief Executive Officer, the Chief Financial Officer and any other Corporate Officers appointed by the Chief Executive Officer, who shall prescribe their duties.

**Section 2. Selection.** The Board of Directors at a regular meeting of the Board shall elect the National and Board Officers of AARP biennially. New offices may be created and filled at any meeting of the Board of Directors. Each officer shall hold office until his/her successor shall have been duly elected.

**Section 3. Removal.** Any National or Board Officer may be removed for cause by a majority of the Board whenever in its judgment the best interests of AARP would be served.

AARP Confidential – Not for Distribution

**Section 4. Vacancy.** A vacancy in any National or Board Office because of death, resignation, removal, disqualification, or otherwise, may be filled by the Board of Directors for the unexpired portion of the term.

**Section 5. Succession.** The President-Elect shall automatically succeed and be deemed elected without Board vote to the office of President upon the death or resignation of the President, or upon the expiration of the biennium after election to the office of President-Elect. The Board of Directors shall elect at the beginning of the biennium a President-Elect and other elected officers as may be required by interim vacancies. In the event that the offices of President and President-Elect shall be vacant at the same time for any reason whatsoever, the Board of Directors shall elect from its members a President and a President-Elect to serve until the next biennium. Rules of automatic succession do not apply in this event.

**Section 6. President.** The President may sign any deeds, mortgages, bonds, contracts, or other instruments, except in cases where the signing and execution thereof shall be expressly delegated by the Board of Directors or by these Bylaws or by statute to some other officer or agent of AARP; and in general shall perform all duties incident to the office of the President and such other duties as may be prescribed by the Board of Directors. The President may take such steps he/she shall deem necessary to advance the purposes of AARP, provided such steps do not exceed the scope of authority granted him/ her by the Board of Directors.

**Section 7. Chair of the Board.** The Chair of the Board is the presiding official as the Board exercises its role of directing the affairs and funds of AARP. He/she shall also serve as the Chair of the Governance and Compensation Committees.

**Section 8. Secretary/Treasurer.** The Secretary/ Treasurer shall provide leadership in financial, fiscal and audit matters and assures that the Board exercises its responsibility in directing the funds of AARP. He/she shall also serve as Chair of the Audit and Finance Committee. He/she shall have the responsibility of signing the minutes of Board meetings.

**Section 9. Vice Chair of the Board.** The Vice Chair of the Board shall provide leadership in membership and member services matters and presides in the absence of the Board Chair. He/she shall also serve as Chair of the Member and Social Impact Committee.

**Article VII**
**Corporate Officers**

**Section 1. Chief Executive Officer.** There shall be employed by the Board of Directors a Chief Executive Officer who shall serve at the pleasure of the Board of Directors or as provided in an employment agreement. The Chief Executive Officer shall be responsible for management and administration of AARP. He/she shall supervise and coordinate the administrative, financial and professional activities of AARP.

AARP Confidential – Not for Distribution

**Section 2. Chief Financial Officer.** The Chief Executive Officer shall appoint a Chief Financial Officer who shall be responsible for the financial affairs of AARP.

## Article VIII
## Committees

**Section 1. Authority.** The Board of Directors, by resolution adopted by a majority of the directors in office, may designate and appoint one or more committees of its members, each of which shall consist of two or more persons, which committees, to the extent provided in said resolution, shall have and exercise the authority of the Board of Directors in the governance of AARP; provided, however, that no such committee shall have the authority of the Board of Directors in reference to amending, altering or repealing the Bylaws; electing, appointing or removing any member of any such committee or any director, officer or Chief Executive Officer of AARP; amending the Articles of Incorporation; adopting a plan of merger or adopting a plan of consolidation with another corporation; authorizing the sale, lease, exchange or mortgage of all or substantially all of the property and assets of AARP; authorizing the voluntary dissolution of AARP or revoking proceedings therefore; adopting a plan for the distribution of the assets of AARP; or amending, altering or repealing any resolution of the Board of Directors which by its terms provides that it shall not be amended, altered or repealed by such committee. The designation and appointment of any such committee and the delegation thereto of authority shall not operate to relieve the Board of Directors or any individual director of any responsibility imposed upon it or him/her by law. The Board Chair, in consultation with the President, appoints the members and chairs, subject to Board approval. Members of committees need not be members of the Board but may be AARP members, staff members, and/or nonmembers of AARP, but any committee containing non-directors may not exercise any of the powers of the Board of Directors. Instead, it shall make recommendations to the Board as appropriate. Members of committees are approved by the Board of Directors.

(a) **Standing Committees.** There are four standing committees of the Board: the Governance Committee, the Compensation Committee, the Audit and Finance Committee, and the Member and Social Impact Committee.

(b) **Advisory Committees.** The Board Chair, in consultation with the President, may appoint advisory committees that do not exercise the authority of the Board of Directors in the governance of AARP. Membership on such committees need not be limited to directors but may be AARP members, staff members and/or non-members of AARP. Members of committees are approved by the Board of Directors.

**Section 2. Term.** Each member of a committee shall continue as such until the next biennium and until his/her successor is appointed, unless the committee shall be sooner terminated by the Board of Directors, or unless such member be removed from such committee, or unless such member shall cease to qualify as a member thereof.

**Section 3. Chairperson.** The Board Chair, in consultation with the President, shall appoint the chairs of the advisory committees.

AARP Confidential – Not for Distribution

**Section 4. Vacancies.** Vacancies in the membership of any committee may be filled by appointments made in the same manner as provided in the case of the original appointments.

**Section 5. Manner of Acting.** Unless otherwise provided in the resolution of the Board of Directors designating a committee, a majority of the whole committee shall constitute a quorum and the act of a majority of the members present at a meeting at which a quorum is present shall be the act of the committee. Each committee may adopt rules for its own governance not inconsistent with these Bylaws or with rules adopted by the Board of Directors.

### Article IX
### Contracts, Checks, Deposits, and Funds

**Section 1. Contracts.** The Board of Directors may authorize any officer or officers, agent or agents of AARP in addition to the officers so authorized by these Bylaws, to enter into any contract or execute and deliver any instrument in the name of and on behalf of AARP and such authority may be general or confined to specific instances.

**Section 2. Checks.** All checks, drafts or orders for the payment of money, notes or other evidences of indebtedness issued in the name of AARP, shall be signed by such officer or officers, agent or agents of AARP and in such manner as shall from time to time be determined by resolution of the Board of Directors.

**Section 3. Deposits.** All funds of AARP shall be deposited from time to time to the credit of AARP in such banks, trust companies or other depositories as the Board of Directors may select.

**Section 4. Funds.** The Board of Directors may accept on behalf of AARP any contribution, gift, bequest or devise for the general purposes or for any special purpose of AARP.

### Article X
### Books and Records

AARP shall keep correct and complete books and records of account and shall also keep minutes of the proceedings of its Board of Directors and committees having any of the authority of the Board of Directors.

### Article XI
### Status

AARP is intended to be and remains a non-profit corporation, organized and existing for the social welfare of its members, and no part of its income or assets shall at any time inure to the benefit of or be distributed to any of its members; and the officers, directors, representatives, agents and employees thereof shall refrain from any action or activity

AARP Confidential – Not for Distribution

which shall prevent or compromise in any way or to any degree such status of AARP.

## Article XII
## Fiscal Year

The fiscal year of AARP shall be established by the Board of Directors.

## Article XIII
## Biennium

The biennium shall begin at a spring meeting of the Board of Directors in even numbered years.

## Article XIV
## Seal

The Board of Directors shall provide a corporate seal which shall be in a form selected by a resolution of the Board of Directors.

## Article XV
## Indemnification

Any person who was or is a director or officer of AARP or who, while a director or officer of AARP, is or was serving at AARP's request as a director, officer, partner, trustee, employee, or agent of another entity, shall be indemnified by AARP against all liabilities and expenses reasonably incurred by him or her arising out of or in connection with any threatened, pending, or completed civil action, arbitration, mediation, administrative proceeding, criminal prosecution, and investigatory action, to the fullest extent of the law, pursuant to D.C. Code §§ 29-406.50 through 29-406.58 and successor provisions.

## Article XVI
## Dissolution

AARP may be dissolved by a two-thirds (2/3) vote of the Board of Directors. Upon dissolution of AARP, any funds remaining after the payment of all debts may be distributed to one or more organizations exempt from federal taxation under §501(c)(3) or §501(c)(4) of the Internal Revenue Code.

## Article XVII
## Amendments to the Bylaws

These Bylaws may be altered, amended, or repealed and new Bylaws may be adopted by a two-thirds (2/3) vote of the directors at any regular meeting or at any special meeting, if at least ten (10) days' written notice is given of intention to alter, amend or repeal, or to adopt new Bylaws at such meeting.

AARP Confidential – Not for Distribution

AARP is a nonprofit, nonpartisan membership organization that helps people 50+ have independence, choice, and control in ways that are beneficial and affordable to them and society as a whole. AARP does not endorse candidates for public office or make contributions to either political campaigns or candidates. We produce *AARP The Magazine,* the definitive voice for 50+ Americans and the world's largest-circulation magazine; *AARP Bulletin*, the go-to news source for AARP's millions of members and Americans 50+; and our website, AARP.org. AARP Foundation is an affiliated charity that provides security, protection, and empowerment to older persons in need with support from thousands of volunteers, donors, and sponsors. We have staffed offices in all 50 states, the District of Columbia, Puerto Rico, and the U.S. Virgin Islands.